USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALEXANDER BELYA,

Plaintiff,

- against -

HILARION KAPRAL, et al.,

Defendants.

---

**ORDER**

20 Civ. 6597 (VM)

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than August 13, 2021 addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Submissions must be made in accordance with Judge Marrero's Emergency Individual Rules and Practices in Light of COVID-19, available at the Court's website. The Court will assess the need for an Initial Case Management Conference after reviewing the submission.

Dated: July 14, 2021
New York, New York

Victor Marrero
U.S.D.J.