1:20-cv-06597-VM

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of September, two thousand twenty-one.

Before:     Steven J. Menashi,
                *Circuit Judge.*

---

Alexander Belya,

     Plaintiff - Appellee,

v.

Hilarion Kapral, AKA Metropolitan Hilarion, Nicholas Olkhovskiy, Victor Potapov, Serge Lukianov, David Straut, Alexandre Antchoutine, George Temidis, Serafim Gan, Boris Dmitrieff, Eastern American Diocese of the Russian Orthodox Church Outside of Russia, The Synod of Bishops of the Russian Orthodox Church Outside of Russia, Mark Mancuso,

     Defendants – Appellants.

---

**ORDER**

Docket No. 21-1498

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/2021

Appellants move for a stay of the district court proceedings during the pendency of this appeal. Appellee opposes the motion.

IT IS HEREBY ORDERED that a temporary stay is granted until the motion for a stay pending appeal is determined by a three-judge motions panel.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/02/2021