S.D.N.Y.—N.Y.C.
20-cv-6597
Marrero, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of November, two thousand twenty-one.

Present:
    Joseph F. Bianco,
    Michael H. Park,
    William J. Nardini,
        *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 03 2021
```

Alexander Belya,

        *Plaintiff-Appellee*,

v.                                                                                          21-1498

Hilarion Kapral, AKA Metropolitan Hilarion, et al.,

        *Defendants-Appellants*,

Pavel Loukianoff, et al.,

        *Defendants*.

Appellee moves to dismiss this appeal; Appellants move to stay district court proceedings pending appeal; and several non-parties seek leave to file amicus briefs. Upon due consideration, it is hereby ORDERED that Appellee's motion to dismiss is referred to the panel that will hear the merits of this appeal, and Appellants' motion for a stay is GRANTED. *See Nken v. Holder*, 556 U.S. 418, 434–35 (2009). It is further ORDERED that the motions for leave to file amicus briefs are GRANTED. Finally, it is ORDERED that the appeal be expedited.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

CERTIFIED COPY ISSUED ON 11/3/2021