USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2022

# FEERICK NUGENT MacCARTNEY PLLC
## ATTORNEYS AT LAW

96 SOUTH BROADWAY
SOUTH NYACK, NEW YORK 10960
TEL. 845-353-2000   FAX. 845-353-2789

www.fnmlawfirm.com

DONALD J. FEERICK, JR.
BRIAN D. NUGENT
J. DAVID MacCARTNEY, JR.
STEPHEN M. HONAN*+
ALAK SHAH*

JENNIFER M. FEERICK
PATRICK J. McGORMAN
ROBERT ZITT
MATTHEW LIZOTTE*

*LICENSED ALSO IN NEW JERSEY
+LICENSED ALSO IN CONNECTICUT

OF COUNSEL
DAVID J. RESNICK
KEVIN F. HOBBS
MICHAEL K. STANTON, JR.

February 28, 2022

**Via ECF**
Honorable Victor Marrero, U.S.D.J.
United States Courthouse
500 Pearl Street, Suite 1610
New York, NY 10007

Re:   *Alexander Belya v. Metropolitan Hilarion, et al.*
      Docket Number: 20-cv-6597 (VM) (BCM)

Dear Judge Marrero:

Defendants respectfully request that the case management conference scheduled for March 4, 2022, be adjourned because the Second Circuit stayed all proceedings in this Court. Plaintiff's counsel does not object to the request.

On September 2, 2021, a judge of the Second Circuit granted a temporary stay of district court proceedings until a three-judge motions panel could hear Defendants' motion for a stay pending appeal. Dkt. 72. On November 3, 2021, a motions panel granted Defendants' motion and stayed the district court proceedings pending the resolution of Defendants' appeal. Dkt. 73.

The appeal remains pending on an expedited calendar at the Second Circuit, and oral argument is scheduled for March 7, 2022. Accordingly, proceedings remain stayed in this Court, and the case management conference should be adjourned.

Truly yours,

/s/ Alak Shah
Donald J. Feerick, Jr., Esq.

---

The request to adjourn the March 4, 2022 case management conference pending the Circuit Court's decision on appeal is **GRANTED**.

**SO ORDERED.**

Dated: 01 March 2022
       New York, New York

/s/ Victor Marrero
Victor Marrero
U.S.D.J.