

48 Wall Street, Suite 1100 • New York, New York 10005 • +1 212.231.9776 • www.rivkinlawgroup.com

Oleg Rivkin
t. 212.231.9776
m. 201.362.4100
or@rivkinlawgroup.com

June 15, 2023

*VIA ECF*

Hon. Victor Marrero
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    Belya v. Hilarion *et al*.
                Case No. 20-cv-6597-SDNY (VM)

Dear Judge Marrero,

    We are counsel for the plaintiff in the above-referenced matter. By order dated March 1, 2022 [Dkt. 75], the Court adjourned the case management conference set for March 4, 2022, pending a decision of the Circuit Court on the interlocutory appeal filed by defendants.

    Following a denial of defendants' petition for a writ of certiorari to the United States Supreme Court, the Second Circuit dismissed the appeal and issued a mandate on June 13, 2023. [Dkt 79].

    We therefore respectfully request that the Court schedule a case management conference at which discovery and other deadlines would be set. We thank the Court for its consideration.

                                      Respectfully submitted,

                                      Oleg Rivkin

cc: Counsel of record (via ECF)