```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALEXANDER BELYA,
                Plaintiff,

- against -

HILARION KAPRAL, et al.,

                Defendants.

**20-CV-6597 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The parties are hereby directed to submit a joint status update and a revised case management plan in light of the June 13, 2023 mandate of the United States Court of Appeals for the Second Circuit regarding Defendants-Appellants appeal of the Court's May 19, 2021 Order denying Defendants motion to dismiss the complaint (see Dkt. No. 46). The joint status update and revised case management plan should be submitted within fourteen (14) days of the date of this order.

**SO ORDERED.**

Dated:    16 June 2023
            New York, New York

                                              Victor Marrero
                                              U.S.D.J.