UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER BELYA,<br><br>        Plaintiff,<br><br>  -against-<br><br>HILARION KAPRAL, et al.,<br><br>        Defendants. | 20-cv-6597 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On August 15, 2023, this Court issued a Notice of Reassignment, ordering the parties to answer a series of questions to update the Court on the status of this case. Dkt. 85. The parties have failed to answer nearly all of those questions, instead choosing to file a joint letter describing a discovery dispute and requesting an extension. Dkt. 86. The parties SHALL submit a letter complying with the Court's August 15 Order by **October 6, 2023, at 5:00 p.m.** The parties are also directed to review the Court's individual practices. In particular, they should note that extension requests must be made by letter motion.

  As for the discovery dispute, Plaintiff's request is GRANTED IN PART. Under Federal Rule of Civil Procedure 30, each party is permitted 10 depositions, no longer than seven hours each, without leave of court. Fed. R. Civ. P. 30(a)(2)(A)(i), (d)(1). Because there are 11 Defendants in this case, the Court will permit Plaintiff 70 hours of deposition time, distributed across all Defendants, with no single deposition exceeding seven hours. Plaintiff must seek leave to conduct any other depositions.

  The case-management plan is AMENDED as follows:

    Requests to Admit: October 23, 2023
    Completion of Fact Depositions: April 5, 2024
    Expert Reports: May 6, 2024
    Completion of Expert Depositions: June 6, 2024
    Contemplated Motions: July 5, 2024

  SO ORDERED.

Dated: October 2, 2023
   New York, New York

                      _____
                      ARUN SUBRAMANIAN
                      United States District Judge