UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

ALEXANDER BELYA,

                Plaintiff,

              -against-

HILARION KAPRAL a/k/a METROPOLITAN
HILARION; NICHOLAS OLKHOVSKIY; VICTOR
POTAPOV; SERGE LUKIANOV; DAVID STRAUT;
ALEXANDRE ANTCHOUTINE; MARK MANCUSO;
GEORGE TEMIDIS; SERAFIM GAN; PAVEL
LOUKIANOFF; BORIS DMITRIEFF; EASTERN
AMERICAN DIOCESE OF THE RUSSIAN
ORTHODOX CHURCH OUTSIDE OF RUSSIA; THE
SYNOD OF BISHOPS OF THE RUSSIAN
ORTHODOX CHURCH OUTSIDE OF RUSSIA, and
JOHN DOES 1 through 100,

                Defendants.

**NOTICE OF MOTION TO STRIKE AND/OR PRECLUDE THE REPORT AND TESTIMONY OF SAMEER SOMAL**

Case No.: **20-cv-6597**

---------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the Declaration of Donald J. Feerick, Jr., Esq., dated August 5, 2024, together with the exhibits submitted therewith, Defendants' Memorandum of Law, dated August 5, 2024, and all prior pleadings and proceedings had herein, Defendants HILARION KAPRAL a/k/a METROPOLITAN HILARION; NICHOLAS OLKHOVSKIY; VICTOR POTAPOV; SERGE LUKIANOV; DAVID STRAUT; ALEXANDRE ANTCHOUTINE; MARK MANCUSO; GEORGE TEMIDIS; SERAFIM GAN; BORIS DMITRIEFF; EASTERN AMERICAN DIOCESE OF THE RUSSIAN ORTHODOX CHURCH OUTSIDE OF RUSSIA; THE SYNOD OF BISHOPS OF THE RUSSIAN ORTHODOX CHURCH OUTSIDE OF RUSSIA will move this Court before the Honorable Arun Subramanian, United States District Judge, for an Order, pursuant to Federal Rules of Evidence Rules 702 and 403, striking the report

and preclude the testimony at trial of Plaintiff's purported damages expert, Sameer Somal, in full or in part.

Dated: August 5, 2024

                Respectfully submitted,

                FEERICK NUGENT MACCARTNEY, PLLC
                96 South Broadway
                South Nyack, NY 10960
                (845) 353-2000

                By: _____
                      Donald J. Feerick, Jr. (df 3299)
                      Alak Shah, Esq.
                      Christopher B. Pavlacka, Esq.

                -and-

                THE BECKET FUND FOR
                RELIGIOUS LIBERTY
                1919 Pennsylvania Ave NW, Suite 400
                Washington, DC 20006
                Diana Verm Thomson, Esq.
                Daniel H. Blomberg, Esq.

                ***Attorneys for Defendants***