**Online Reputation & Damages Assessment**

**Expert Witness Report**

**Regarding:**

Alexander Belya

*Plaintiff*

v.

Hilarion Kapral A/K/A Metropolitan Hilarion; Nicholas Olkhovskiy; Victor Potapov; Serge Lukianov; David Straut; Alexandre Antchoutine; Mark Mancuso; George Temidis; Serafim Gan; Pavel Loukianoff; Boris Dmitrieff; Eastern American Diocese of the Russian Orthodox Church outside of Russia; The Synod of Bishops of the Russian Orthodox Church outside of Russia, and John Does 1 through 100

*Defendants*

**Prepared By:**

Sameer Somal, CFA

CEO, Blue Ocean Global Technology,

June 11, 2024

# TABLE OF CONTENTS

**Section 1: Expert Witness Engagement & Basic Findings** _____ **4**

    Engagement Summary_____ 5

    Basic Findings and Conclusions _____ 6

    List Of Documents Reviewed - Appendix B _____ 6

**Section 2: Expert Witness Qualifications** _____ **7**

    Sameer Somal Biography_____ 8

    Articles Authored By and Featuring Sameer - Appendix A _____ 9

    Recent Speaking Engagements and References - Appendix A _____ 9

    Continuing Legal Education (CLE) Programs - Appendix A _____ 9

    Expert Witness Case History  - Appendix A _____ 9

    About Blue Ocean Global Technology_____ 10

    Statement of Compensation _____ 11

**Section 3: Defamation & Its Impact on Reputation***_____ **12**

    Traditional Defamation_____ 13

    False Allegations amounting to Defamation _____ 15

    Defamatory statements alleging Forgery _____ 17

    Defamation Vs. Freedom Of Expression _____ 18

    Malice involved in this case _____ 19

**Section 4: Internet Defamation in the Age of Social Media**_____ **21**

    Online Defamation of Plaintiff_____ 22

    How is Internet Defamation Different From Defamation Off The Internet_____ 24

    Internet Defamation And Social Media _____ 25

    Defamation Transcended Geographical Boundaries _____ 26

    Heightened Scrutiny & Reputation Sensitivity in case of Religious Leaders and Dignitaries 28

        Broader consequences for the church community_____ 28

        Ethical implications of false accusations against a religious leader_____ 29

        Credibility and standing within the church community_____ 29

**Section 5: Online Reputation Management & Nuances of Digital Reputation Repair**____ **30**

    What is Online Reputation Management (ORM)?_____ 31

    Build_____ 32

    Monitor_____ 34

    Repair_____ 35

    The Nuances of Digital Reputation Repair _____ 36

    Review Of Reputational Impact based on Sentiment link Analysis & Search Engine Results_ 43

Digital Crisis_____43

Viral Nature of the Internet_____43

Inventory Of Unfavorable Links: Negative Link Analysis & Defamatory Link Traffic
Analysis – Appendix D_____46

Social media Analysis - Appendix E_____46

**Section 6: Assessment of Damages**_____**47**

Assessment of Harm to Reputation_____48

Rationale for Recommendation of Damages_____50

Summary Findings_____51

Damages_____55

Emotional Distress Damages_____55

Reputational Damage (Defamation *per se*)_____56

Rehabilitation (ORM campaign) Requirements_____62

**APPENDICES**_____**65**

## Section 1: Expert Witness Engagement & Basic Findings
-------------------------------------------------------------------------------------------------------------------------------

ENGAGEMENT SUMMARY

BASIC FINDINGS AND CONCLUSIONS

## ENGAGEMENT SUMMARY

Mr. Oleg Rivkin, attorney at Rivkin Law Group PLLC retained me as an expert through Rubin Anders Scientific, Inc. to ascertain the damages sustained by Father Alexander Belya as a result of the false accusation of forgery made by the Defendants, and the resulting proliferation of the negative sentiment across social media and the internet.

A large portion of my professional time as CEO of Blue Ocean Global Technology is spent on actual digital reputation client situations. As such, I feel confident in my ability to approach this case from the lens of both an expert witness and a professional with a track record of successfully mitigating reputational damages originating from false or defamatory statements published on the internet. As a digital reputation and online reputation management expert, I apply my cumulative knowledge and experience to assess an individual's damages and recommend the appropriate course of action to remediate damages moving forward.

## BASIC FINDINGS AND CONCLUSIONS

After a thorough analysis of the false and defamatory allegations against Father Alexander Belya, my basic findings and conclusions are:

Father Alexander incurred significant damages resulting from the false and defamatory statements made and disseminated by the Defendants.

Given the impact of the forgery allegations and the resultant damage to Father Alexander, my conservative estimate with respect to the same includes: (a) Emotional Distress, (b) Rehabilitative, and (c) Reputational, a breakdown of all damages total:

Emotional Distress Damages recommended as the court deems fit.

Rehabilitation Damages: at least in the range of $477,000 - $636,000

Reputational Damages: at least $5,205,433.71

## LIST OF DOCUMENTS REVIEWED – APPENDIX B

## Section 2: Expert Witness Qualifications

------------------------------------------------------------------------------------------------------------------------------

SAMEER SOMAL BIOGRAPHY

ARTICLES AUTHORED BY AND FEATURING SAMEER - APPENDIX A

RECENT SPEAKING ENGAGEMENTS AND REFERENCES - APPENDIX A

CONTINUING LEGAL EDUCATION (CLE) PROGRAMS - APPENDIX A

EXPERT WITNESS CASE HISTORY - APPENDIX A

ABOUT BLUE OCEAN GLOBAL TECHNOLOGY

STATEMENT OF COMPENSATION

## SAMEER SOMAL BIOGRAPHY

Sameer Somal is the CEO of Blue Ocean Global Technology and Co-Founder of Girl Power Talk. He is a CFA Charterholder, a CFP® professional, and a Chartered Alternative Investment Analyst[SM]. Sameer leads client engagements focused on digital transformation, risk management, and technology development.

A testifying subject matter expert witness in economic damages, intellectual property, and internet defamation, he authors CLE programs with the Philadelphia Bar Foundation. Sameer is a frequent speaker at private industry and public sector conferences, including engagements with the Federal Home Loan Bank (FHLB), Global Digital Marketing Summit, IBM, New York State Bar Association (NYBSA), US Defense Leadership Forum, and US State Department's Foreign Service Institute. He proudly serves on the Board of Directors of Future Business Leaders of America (FBLA) and Girl Power USA.

Committed to building relationships, Sameer is an active member of the Abraham Lincoln Association (ALA), Academy of Legal Studies in Business (ALSB), American Bar Association (ABA), American Marketing Association (AMA), Business Transition Council, International Trademark Association (INTA), and Society of International Business Fellows (SIBF). A graduate of Georgetown University, he held leadership roles at Bank of America, Morgan Stanley, and Scotiabank. Sameer is also a CFA Institute 2022 Inspirational Leader Award recipient and was named an Iconic Leader by the Women Economic Forum.

ARTICLES AUTHORED BY AND FEATURING SAMEER - APPENDIX A

RECENT SPEAKING ENGAGEMENTS AND REFERENCES - APPENDIX A

CONTINUING LEGAL EDUCATION (CLE) PROGRAMS - APPENDIX A

EXPERT WITNESS CASE HISTORY  - APPENDIX A

## ABOUT BLUE OCEAN GLOBAL TECHNOLOGY

Blue Ocean Global Technology is a team of global professionals committed to learning, excellence, and helping our clients — both individuals and entities — achieve optimal results when it comes to repairing, building, and protecting their online reputation.

Blue Ocean Global Technology creates and promotes top digital assets that accelerate growth and brand equity. We effectuate comprehensive reputation management services, which often include Search Engine Optimization (SEO), Social Media Marketing (SMM), and web development. When an individual or organization faces a reputation crisis, or legal or public relations issues that involve the internet, we specialize in mitigating the impact of the defamatory content and repairing the negative reputational damages.

## STATEMENT OF COMPENSATION

Sameer is normally compensated at $600/hour, which covers research, investigation, testing, analysis, writing, reading, interviewing, responding, and time required to author his expert witness report. All payments are made to Blue Ocean Global Technology, LLC.

## Section 3: Defamation & Its Impact on Reputation*

---

TRADITIONAL DEFAMATION

FALSE ALLEGATIONS AMOUNTING TO DEFAMATION

DEFAMATORY STATEMENTS ALLEGING FORGERY

DEFAMATION VS. FREEDOM OF EXPRESSION

MALICE INVOLVED IN CASE OF NEGATIVE AND DEFAMATORY STATEMENT

*Disclaimer: Please note that I am not making any legal conclusions and/or providing any legal advice. All information, content, and materials available hereunder are for informational purposes only, in furtherance of the expert testimony being provided.*

## TRADITIONAL DEFAMATION

Defamation, generally and traditionally, comprises the twin torts of libel (written defamatory words) and slander (spoken defamatory words), is *"the invasion of the interest in a reputation and good name[1]."* A claim for defamation must allege three distinct elements: (i) a false statement, (ii) publication or communication of the false statement to third parties, and (iii) harm suffered by the aggrieved party against whom the false statement was made.

When untrue claims are spread to a third party without due privilege or authorization, damaging the reputation of the person or organization being attacked, this is known as defamation. Under certain circumstances, false allegations can be termed as defamation too, when it harms the reputation of the victim to the public at large and results in the victim suffering economically and mentally.

In accordance with State of New York's Consolidated Laws on Civil Practice Laws and Rules (§ 3016), a cause of action for libel must be specific in its mention of which words or phrases so spoken or published allegedly cause defamation.

Defamatory statements must be made with reference to facts alone. In fact, statements that are merely opinions, not facts, are not considered defamation. The distinction often depends upon the context of the statement being made, who made it and whether the community would perceive that person to be in a position to know it as fact. A statement is not defamatory if it is an exaggeration or generalization that could be interpreted by a reasonable person as *"mere rhetorical hyperbole."* Nor is a statement defamatory if it is absolutely true, or substantially true. A statement is, however, defamatory if it *"would tend to lower the subject in the estimation of the community, excite derogatory opinions about the subject, and hold the subject up to contempt."*

Additionally, defamation can be said to comprise two types or categories thereof: defamation *per se,* and defamation *per quod*. Defamation *per se* (commonly referred to as libel *per se* or slander *per se*) occurs when a statement is so inherently and obviously defamatory and so visibly damages one's reputation, that the plaintiff need not prove that they suffered actual damages as a result of the statements. In other words, damage or injury is presumed by the courts to have occured. Most states, including New York, typically consider four types of statements as defamatory *per se*. These are:

1. Charging a plaintiff with a serious crime;
2. Stating false facts that tend to injure a plaintiff in his or her business trade or profession;
3. Charging that a plaintiff has a loathsome disease;
4. Imputing that a plaintiff is unchaste.

---

[1] Albert v. Loksen, 239 F.3d 256, 265 (2d Cir. 2001).

On the other hand, unlike defamation *per se*, plaintiffs are required to prove damages as a result of the alleged defamatory statement in defamation *per quod*. This is typically proven through the production of evidence in one's favor, or against the other's favor - whichever is relevant or available.

# FALSE ALLEGATIONS AMOUNTING TO DEFAMATION

Although false allegations comprise a significant part of defamation, not all false allegations necessarily constitute defamation. Defamation involves not just false statements but also the element of harm to one's reputation. In some cases, false allegations may not rise to the level of defamation if they do not meet the legal criteria for causing harm or if they are not communicated to a third party. Whether they are made maliciously or carelessly, false accusations have the power to destroy the reputation of a person or organization, harming their personal and professional lives.

In order to establish defamation, the plaintiff usually has to show that the false remarks were made without privilege or legal justification, were published, harmed the defendant's reputation, and caused them to be disseminated. In the era of social media and online communication, where information spreads quickly and widely and it might be difficult to lessen the harm caused by defamatory remarks, false accusations can be especially harmful. In order to seek compensation for the injury they have endured, people and organizations need to be cautious about safeguarding their reputations and initiating legal action against those who make false accusations.

False Allegations are an integral aspect of defamation. Along with communication to a third party and the communication resulting in harm to the reputation of the individual or entity in question, a false allegation is the third ingredient.

False allegations can lead to a range of adverse consequences. Primarily, one's reputation becomes a glaring target, leading to personal and professional repercussions such as loss of business and strained relationships. Moreover, the aftermath may involve a protracted and expensive legal ordeal to vindicate the individual's name.

It must also be noted that while Freedom of Expression is a right, freedom from reputation unimpaired by false and defamatory attacks is also a right. It was held similarly in the case of *Schlegel v. Ottumwa Courier* (1998)[2]. The court noted that *"the law of defamation embodies the public policy that individuals should be free to enjoy their reputation unimpaired by false and defamatory attacks. An action for defamation or slander is based upon a violation of this right."*

Violation of such a right can have a severe impact on the victim, such as in the case of *Muderis v. Hernandez* (2022)[3]. The plaintiff suffered a loss to business due to the defendant publishing false statements about the plaintiff's business. The false allegations not only resulted in the plaintiff losing new patients he should've gained, but also lost many to his competitors. He sued the defendant for false advertising, unfair competition, and defamation. The court found in favor of the plaintiff on both claims. For the Lanham Act claim, the court awarded $2,510,000 in total

---

[2] Schlegel v. Ottumwa Courier 585 N.W.2d 217 (Iowa 1998)
[3] Muderis v. Hernandez D. Nev. Jan. 5, 2022

damages, comprising $2,400,000 in actual damages for lost business and $110,000 as disgorgement of the defendant's profits. Regarding the defamation claim, the court acknowledged the defamatory nature of certain statements and found that punitive damages of $100,000 were appropriate due to the defendants' malicious intent and continued publication of false allegations even after receiving cease-and-desist letters.

Furthermore, in the case of *Badame v. Lampke* (1955)[4], the plaintiff and defendants were competitors in the sewing machine industry in Charlotte. The Defendant allegedly had a phone conversation with the Plaintiff's client and was accused of making false allegations, suggesting that the plaintiffs were involved in shady deals and wouldn't deliver good machines. These allegations were not only false but also maliciously intended to harm their business reputation. They argue that as a result, their business suffered, leading to a loss of customers and prospective customers, amounting to $25,000 in damages. The court ruled in favor of the plaintiff, stating that Lampke's words imputed a disreputable business character to the plaintiff, constituting defamation *per se*.

Therefore, the severity and impact of defamation and false statements are significant, affecting both the individual's personal and professional life as well as the reputation of their business. When false statements are made about an individual, especially in a professional context, the damage can be substantial. The above examples demonstrate how the courts deal with an individual misusing their First Amendment rights for improper purposes. False allegations pose a significant threat to individuals and their businesses. Given the significant risk posed by false allegations established above, be they of financial, reputational, or ethical nature, it becomes evident how crippling such actions can be for the victim.

---

[4] Badame v. Lampke 242 N.C. 755, 757, 89 S.E.2d 466, 468.

## Defamatory statements alleging Forgery

The overlapping freedoms of speech and expression as recognized by the principles of human rights have historically been in conflict with the legislation and principles set down to prevent defamation and protect the privacy of individuals. The expansion of the internet and the establishment of an online world have empowered individuals to share their thoughts, opinions, and ideas with large online audiences, seemingly unchecked. Any post or comment made online can reach a massive audience in a viral manner overnight. This is the power of the internet.

The individual expression published online is protected under the principles of human rights and freedom of speech and expression, but such freedoms must be tempered with the fundamental rights to be free from invasion of privacy and the damages associated with defamation. There has been a continuous debate and battle between these conflicting forces. The ongoing conflict between defamation laws and the human right to freedom of speech continues due to the fact that, on one hand, the principle of human rights supports the idea that freedom of opinion and freedom of expression are indispensable conditions for the full development of the person. On the other hand, defamation laws restrict the publication of statements that harm the reputation of the individual.

Even though most international human rights instruments recognize the restrictions that must be imposed on speech in the interest of protecting the reputation and privacy of the individual, at times local defamation laws that are not crafted carefully may pose a threat to free expression. Due to the alarming effect of the internet, where a statement posted online can domino in a matter of minutes, it is also necessary under the established laws of our democracy to impose certain restrictions to protect people's privacy and reputation.

Consequently, legislatures have enacted laws that protect the reputation of individuals who have been damaged by defamatory publications. While freedom of speech enjoys legal protections, such protections are not afforded to those who abuse it by publishing false statements to third parties.

## DEFAMATION VS. FREEDOM OF EXPRESSION

Freedom of expression is the right to speak, write, and share ideas and opinions without facing punishment from the government and is protected by the First Amendment to the U.S. Constitution. However, this freedom is subject to certain limitations, one of which is defamation. So, just as it  important to protect the right to speak freely and without fear of reprisal, it is necessary to protect people from the harm that untrue statements cause.

While commenting on how Freedom of Expression also requires its restrictions, the court noted in the case of *Reighard v. ESPN, Inc.* (2022)[5], that *"we are all losers when the law becomes so distorted as to eliminate all manner of accountability for those who would recklessly damage personal reputations ostensibly in the name of freedom of speech."*

Furthermore, the court noted similarly in the case of *Hatfill v. New York Times Co.* (2005)[6], that "Defamation actions by their very nature seek to punish past speech and raise the specter of chilling future speech. For this reason, the Supreme Court has waged a lengthy *"struggle to define the proper accommodation between the law of defamation and the freedoms of speech and press."*

Both of the following cases comment on the necessity to have reasonable restrictions on one's freedom of expression. If left unguarded, freedom of expression can be misused to harm another individual's character or business reputation. The law of defamation ensures that individuals are protected from such violations. .

In this case, the false accusations of forgery made against Father Alexander have caused enormous  harm to his reputation. . The defamatory conduct here cannot be protected under the First Amendment and requires accountability.

Freedom of expression cannot be a valid form of defense against defamation of business, it was held similarly in *Constantakis v. Bryan Advisory Servs.*, (2022)[7]. The court had found that accusations by Bryan Advisory Servs and Mr. Bryan regarding the conduct of Ms. Constantakis and her business which included sending fraudulent invoices, impeded her business operations and hindered their contractual relations, registration, employment prospects, and professional reputation.

---

[5] Reighard v. ESPN, Inc. Mich. Ct. App. May. 12, 2022
[6] Hatfill v. New York Times Co. 427 F.3d 253 (4th Cir. 2005)
[7] Constantakis v. Bryan Advisory Servs., Pa. Super. 81, 275 A.3d 998 (Pa. Super. Ct. 2022)

## MALICE INVOLVED IN THIS CASE

Malice refers to the state of mind behind the false statements made against an individual. It means that the person making the false statements did so knowing that they are false or with reckless disregard for their falsity, with the intent to cause harm or injury to the reputation of the individual being targeted. Malice can take various forms, including personal animosity, spite, or a deliberate attempt to deceive or manipulate others. It establishes that the false statements were not merely the result of a mistake or misunderstanding but were made with malicious intent. This distinction is crucial because it elevates the seriousness of the defamation and results in more severe consequences for the party responsible.

The element of malice on the part of defendants is apparent in this case, as shown by the following: .

Defendants had admitted at their depositions that the signature of Metropolitan Hilarion on the letters in question were in fact genuine, i.e., had not been forged by Father Alexander, or testified that they did not know whether they were genuine. Defendant Olkhovsky [“*it is his signature*”]; Defendant Potapov [*“I don't have any reason not to believe”* that the signature is genuine; had *“never seen”* the letter]; Defendant Straut [*“I do not know,” had never seen the letter*]; Defendant Antchoutine *[the signature is genuine]*; Defendant Dmitrieff [*don't dispute that the signature is genuine*]; Defendant Gan [*do not know if Hilarion had signed the letter*]; Defendant Temidis [*do not dispute that the signature is that of Hilarion; no reason to doubt it is genuine*].

It is clear from the deposition testimony that at the time when defendants had accused Father Alexander of forging the letters they either knew that the letters were genuine, that is, signed by Metropolitan Hilarion, or they did not know one way or the other, or had never even seen the letters. The accusation of forgery was therefore made with the knowledge that it was false or with reckless disregard for the truth of the charge of forgery.

*Deposition transcripts, Appendix B: Olhovsky (p.46), Potapov (p.58), Antchoutine (p.94 AND p.95), Dmitrieff (p.71 and p.72), Temidis (p.37 and p.38)*

Also, my interview with Father Eduard, a priest formerly associated with The Russian Orthodox Church Outside of Russia, reveals that the letter from Metropolitan does not end the matter and that a subsequent ceremony is required, led by the Metropolitan, to actually install Father Alexander to the position of Bishop, after the Patriarch approves the appointment (*“[Father Eduard] [...] would pose a question to them, saying, well, you know, in the end, once you're approved, once the Patriarch approves you, the Metropolitan still has to perform a ceremony elevating you to the position of the Bishop. How could, why would you forge a signature where you knew that the letter doesn't end anything”*). The existence and necessity of this ceremony is known to everyone in the church, including the defendants and Father Alexander. Therefore, because it cannot be claimed that Father Alexander would not have known of this ceremony, it

becomes completely not credible that Father Alexander had forged the letter, and more likely than not that the charge of forgery was made maliciously and with the intent to defame and hurt Father Alexander.

Another indication of malice is the wide and deliberate dissemination and propagation within and across church communities of the charge of forgery against Father Alexander. Our interviewees corroborated that immediately after the allegations were made against Father Alexander, there was a visible influx of media in the form of physical leaflets left at the church, online articles and posts, and even personal communication of these defamatory statements.

Nun Kipriana, who worked at the Saint Matrona Church under Father Alexander's leadership for around four and a half years, stated during her interview that she had learned about the defamatory allegations initially *"when people began coming to church and giving out leaflets which accused Father Alexander of forgery and began passing [them] out to parishioners, and in fact sometimes forcing them to take [the leaflets] - even when parishioners wouldn't want it they would [shove] it [...] at them."*

Nun Susanna, who has been with the Saint Matrona Church since 2016, stated that she learned about the allegations *"from parishioners coming in and telling her and other parishioners [...] that Father Alexander had forged the Metropolitan's signature, which was a shock to her. And then there were leaflets that were being passed around that accused [him] of the same thing. They were given to parishioners and they were left in the church for parishioners who would walk in and they would take one or not take one. But that was a constant flow of leaflets."* Nun Susanna mentioned that she also *"read, at that time, articles on the Internet, because she does go on the Internet, in chat groups in Russian, that talked about the forgery of letter."* This shows that alongside leaflets being made readily available, articles and posts published on the internet and in chat groups involving the false allegations pertaining to forgery.

Tatiana, a retired person volunteering at Saint Matrona Church, said that in addition to the media, the director of the school of the parish herself had contacted all parents of the school-going children to inform them about these allegations, which she presumed to be facts and refused to enquire into their nature at all - *"the formal school director who was in charge of the school, disseminated this forgery information to all the parents who were in the school. [...] The director of the school that they had hired was fully on board and accepted the accusations against a forgery."*

## Section 4: Internet Defamation in the Age of Social Media

-----------------------------------------------------------------------------------------------------------------------------------------

ONLINE DEFAMATION OF PLAINTIFF

HOW IS INTERNET DEFAMATION DIFFERENT FROM DEFAMATION OFF THE INTERNET

INTERNET DEFAMATION AND SOCIAL MEDIA

DEFAMATION TRANSCENDED GEOGRAPHICAL BOUNDARIES

HEIGHTENED SCRUTINY & REPUTATION SENSITIVITY IN CASE OF RELIGIOUS LEADERS AND DIGNITARIES

*Disclaimer: Please note that I am not making any legal conclusions and/or providing any legal advice. All information, content, and materials available hereunder are for informational purposes only, in furtherance of the expert testimony being provided.*

## Online Defamation of Plaintiff

The internet has revolutionized how people communicate with each other, making it easier for them to disseminate information and opinions about people, businesses and various affiliated organizations. When such statements involve the online publication of one or more false statements of fact about a third party and result in reputational damage, it is termed as *"internet defamation"* or *"cyber-libel"*.

The widespread visibility of such online defamatory incidents often triggers immediate public outrage, significantly amplifying the reputational harm inflicted upon the communities involved, causing a catastrophic impact due to spread of misinformation. In today's digital era, individuals- particularly those associated with moral and spiritual guidance such as Russian Orthodox Communities- find their reputations more susceptible than ever to both the swift spread of information and the proliferation of misinformation. The rapid dissemination of information, facilitated by digital platforms, has swiftly tarnished the reputation of Father Alexander..

Cases involving forgery, particularly those concerning the false allegations spread around and malicious harm caused to the plaintiff, can profoundly and adversely affect these communities. The convergence of traditional and digital reputational impacts creates a multifaceted landscape, encompassing both the immediate and long-term consequences of such allegations.

In the present case, dissenters in relation to Father Alexander's selection for the position of the Bishop of Miami systematically and intentionally propagated and spread the defamatory allegations of forgery of the Letter of Appointment dated September 3, 2019 (hereinafter referred to as *"the letter"*) made  against Father Alexander across the internet. Apart from a copy of the letter having been shared with every member of the ROCOR Synod in New York City, it was additionally, also forwarded to other members of the ROCOR, including parishes, churches, monasteries and other institutions within ROCOR, as well as to online media outlets. I reviewed the expansive inventory of posts and media (shared with me) surrounding Father Alexander and the said allegations (as referenced in Appendix B).

Also, Defendant Alexandre Antchoutine had, on 6 July 2022, shared an article on Facebook from the domain 'orthchrisitian.com', which falsely stated as fact that Father Alexander had *"sent a forged document to Moscow in hopes of becoming a Bishop."* Similarly, Defendant Serafim Gan's church, the St. Seraphim of Sarov Memorial Church, had also made multiple posts citing the same domain in relation to allegations of forgery against Father Alexander. When such revered figures as Defendants Antchoutine and Gan propagate articles containing false accusations, they hold the power to influence the religious community that had already been quite divided and vulnerable post Father Alexander's defamation. This in turn has been to the significant detriment of Father Alexander.

*Please see Appendix B: Pg: 58, Facebook post by defendant Antchoutine - an article about the forgery and Pg: 1071-1072, post by defendant Gan's church about the forgery.*







As part of my investigation, I interviewed Nun Susanna where she stated that she *"read, at that time, articles on the Internet, [...] [and] in chat groups in Russian. [...] A number of posts and articles on the Internet accusing him of forgery."*

A private individual who I understand was connected to the defendants had posted pictures of the actual September 3 letter. The posts were made under two different names, one of which, as I understand it, is the person's real name, and the other fictitious. I focus currently not on how the person obtained the letter, but on the fact that the letter, which falsely charged Father Alexander with forgery, and which was signed by the defendants, made its way into the internet stream to be disseminated further, adding to the immense loss of reputation for Father Alexander. The posting and subsequent dissemination of the letter on the internet added credibility and strength to the false charge of forgery, since everyone could see that the letter was signed by high church officials who are held in high esteem in the orthodox world. This increased damage to Father Alexander's reputation and makes it that much more difficult to repair and restore his name.

Please see Appendix B: Pg:378 - posts of the actual September 3 letter by a woman who is connected to the defendants.



## How is Internet Defamation Different From Defamation Off The Internet

The primary distinction between defamation occurring online and offline is the media used for the dissemination of defamatory words, as well as their potential reach and permanence. This is why internet defamation, often referred to as online or cyber defamation, is an extremely complicated challenge to navigate.

Online defamatory statements  have the potential to immediately reach a large audience, comprising people from many demographic backgrounds and geographical regions. Additionally, because statements posted online are permanent, they have a lasting effect. Cache versions, images, or user reposts may allow access to the original post even after it has been removed. In contrast, verbal insults cannot have the same long-lasting effect unless they are captured on camera or extensively shared via other channels. With online defamatory statements, even the removal does not mean they are  forever gone. People often take screenshots or save the information  somewhere that allows them to easily access and further disseminate or share the same.

People also feel more comfortable making defamatory remarks on the internet because of the anonymity it offers and the lack of immediate consequences. Compared to traditional forms of defamation where the perpetrator's identity may be known, this anonymity makes it more difficult to identify and hold perpetrators accountable for their actions.

## Internet Defamation And Social Media

Social media platforms and online defamation frequently intersect because they give people a public forum for sharing facts, thoughts, ideas, and comments. Social media platforms, therefore, have the capacity to distribute false information quickly and widely, which renders them vulnerable to magnifying defamatory remarks.

A defamatory  post on a well-known social media site can spread quickly and amass a sizable following (referred to as *"going viral"*). This can seriously damage the reputation of the person or organization that is the target of the post, as it can be shared on various platforms and reach audiences that are not part of the original poster's target audience. Thus the damage, though far reaching, can be difficult to measure accurately. The false allegations about forgery pertaining to the case causing harm to the plaintiff reached one of the most prominent social media platforms, Facebook, with over 3.24 billion[8] users with massive reach and audience. Given the nebulous nature of these platforms, it also becomes difficult to track how many viewers may have seen the post or in turn the viewers who may see a reshared post.

The false accusation of forgery being spread about Father Alexander  has caused significant reputational damage. It is important to note that the charge of forgery did not come from just anyone, it came from high officials in a church with millions of adherents and followers. People are much more likely to believe a false statement if it comes from a person of authority who commands respect and admiration, such as a high church official. This makes the false accusation much more powerful and effective against the victim, like Father Alexander. It also makes it that much more difficult to undo the falsehood.

---

[8] Meta Reports First Quarter Results ended March 31, 2024.

## DEFAMATION TRANSCENDED GEOGRAPHICAL BOUNDARIES

The internet and social media have transformed the legal landscape of defamation quite literally. Previously, defamation was limited to the geographical reach of an area's newspapers and TV and radio stations. Even real and serious scandals spread slowly. But with the internet and social media, just a suggested hint of scandal can be shared endlessly, reaching millions of users worldwide instantly with the click of a mouse.

For victims, the digital world has complicated defamation in numerous ways: in how it occurs, how far and wide it reaches, the severity of consequences, and the difficulty of mitigating the resulting damage.

The internet gave everyone the ability to publish, and on social media, nearly everyone does, at least in sharing items. By just tapping on our cellphones we regularly post and share news, opinions, and reviews, often giving little thought to possible consequences. Posts involving accusations or scandals are particularly popular.

Traditional media outlets such as newspapers and television have levels of editors and producers who curate content, fact-checking along the way. Most try to adhere to standards of journalism that have evolved over the decades, from verifying sources to gathering comment from all sides. This is in stark contrast to blogs, online videos, and social media, where nearly anything can be posted at nearly any time.

Before the internet, defamatory content was often limited to the readership of local papers and the viewership of area TV stations. By contrast today, as soon as we spot a headline on our phone, a button offers to share the article or post with our connections, and popularly shared posts are further promoted, creating a snowball effect. Posts containing false accusations can spread across the country and even overseas, reaching millions of users, before the person defamed even learns of their publication.

Before the internet, people's interests were comparatively local, guided by local newspapers, TV, and radio. With social media, conversely, people read stories daily from every corner of the world and on an ever broader scope of topics. But along with the positive educational implications comes a negative side: news of scandal, whether true or false, are widely popular.

With traditional media such as print and broadcast, when false accusations or defamatory content was published, a person could ask for corrections and retractions. Newspapers, for instance, would print retractions as a matter of record. Moreover, readers were likely to see those corrections as they read.

On the internet, however, it's often difficult or impossible to even report problems with content, and by the time a person figures out how, the content may already have been repeated on different social media sites including X (formerly Twitter), Facebook, Instagram, and YouTube.

Once content is posted on the internet, it is difficult to remove. Even where content is proven to be false, it will live on in internet search results, social media, and elsewhere.

These factors all make the damage caused by defamation inescapable. In the past, a person affected by false accusations could seek retractions, have the content removed, and at least know the allegations were limited to a local area. Today, false allegations remain and follow a person wherever he or she goes.

In this case, defamation transcended geographical boundaries due to the interconnected nature of online communication, the international structure of the church, media coverage, and global religious networks. As a result, the damaging impact of the false accusations against Father Alexander extended far beyond the local community where the events initially occurred.

In the digital age, defamatory statements spread rapidly across geographical boundaries through online platforms such as social media, forums, and websites. Once false accusations were made against Father Alexander, they could have been shared and disseminated widely beyond the local community, reaching a global audience with access to the internet.

The Russian Orthodox Church is a global institution with connections and affiliations in various countries. Father Alexander's appointment as Bishop of Miami and the subsequent controversy surrounding it involved church authorities and members from different parts of the world, including New York, Moscow, and Florida. The accusation of forgery circulated within this international church structure, impacting individuals and communities across geographical boundaries.

Defamatory statements made against prominent church figures like Father Alexander attract media attention, resulting in coverage by local, national, and international news outlets. News stories reporting on the controversy surrounding Father Alexander's appointment and the subsequent accusations of forgery have been syndicated and distributed widely, reaching audiences far beyond the immediate geographic area where the events unfolded.

Orthodox Christian communities maintain connections and networks that span across continents. The charge of forgery against Father Alexander reverberated within these global religious networks, with news of the controversy spreading through word of mouth, communication channels, and interpersonal connections among church members worldwide.

## HEIGHTENED SCRUTINY & REPUTATION SENSITIVITY IN CASE OF RELIGIOUS LEADERS AND DIGNITARIES

Churches and other religious institutions hold a place of special and intimate importance in people's hearts, and when conflicts arise within those institutions, it affects everyone involved in deep ways.

Congregants attend church services for the most personal of reasons. On the religious side, worshipers rely on the institution and its clergy when they have questions about faith or God. Especially in today's digital world where information overwhelms the average person, questions of faith are commonplace, and solving them is a key aim for many members of the clergy.

Similarly, people trust the church—through its clergy—for general wisdom and for dealing with ethical questions. Such issues range from whether it is OK to profit from a business deal where others lose money, to simply how to be a good parent. And on the personal level, people turn to their church and their clergy for help and guidance with personal challenges such as marital issues, financial problems, and difficulties with drugs or alcohol.

For many, the church becomes an extension of their family and home. They may attend services regularly as well as church activities, religious and social. Their congregations become a major part of their social lives. People find friends, business partners, and spouses at church, all in the trusted, curated environment of the institution's leaders.

With one minister of a church being made to suffer through false allegations of forgery that cause him immense defamation, the effect of such defamation extends beyond the individual. With community members growing distressed and restless, and some even coming to question their faith, the burden falls on the other ministers and clergy to attempt to assuage the fears of the devotees. In the present case, in the immediate aftermath of the incident of defamation, parents started pulling out their children from the school of the church. This is a consequence that most would not think to consider, but was extraordinarily obvious here.

### Broader consequences for the church community

Where the ministry and clergy themselves are conflicted about what may have transpired, or may not wish to be perceived in association with the individual who brought dishonor to the church, sides are inevitably formed. Members become wary of one another. Some become part of the fight, while others become disillusioned, losing the trust that was a big part of their lives. Inevitably, church splits lead to congregants leaving the institution, either in search of another or just taking a break from affiliation with any church. Some give up on organized religion altogether. The defamation of one minister can impact the broad workings of the church and its community itself. This could involve potential division and creation of factions within the church, or devotees' loss of trust in some or all ministers of a certain church, or even the loss of faith in the religion as a whole.

**Ethical implications of false accusations against a religious leader**

While most may not concern themselves with the ethics surrounding this incident and its aftermath, religious institutions have their own established code of morals and ethics that is stringently adhered to. This is one of the reasons why religious and ecclesiastical matters fall expressly outside of the scope of jurisdiction of the judiciary. Generally, religious leaders are role models, preachers of faith and appropriate conduct. Accordingly, they are often thought of as incapable of doing wrong. Even if a community member may not revere religious leaders to such an extent, they would usually be hesitant to level  false accusations against a minister, as it is simply viewed as an unethical misstep on part of the accuser. This is because lying is seen as inherently bad and unethical; muddying a religious leader's reputation by dragging their name, along with the name of the church and their god is an amplification of this wrong to the extent of being near-unacceptable.

**Credibility and standing within the church community**

To churches, synagogues, and other religious organizations, reputation and standing within the community are essential for attracting and retaining members and for encouraging participation in services. Newcomers to a community often scout out options for worship just as they do schools for their children and places to shop. Their top questions are often about facilities and services, but far more important is the stature of the people who run the organization and hold services. Potential congregants seek clergy who have earned trust within the community and institutions that are stable and respected. Thus when any misconduct or conflict occurs within a place of worship, reports ripple through the community and quickly stand the institution's standing.Defamation detrimentally impacts the credibility of a minister falsely accused of committing a crime within their church community.

**Section 5: Online Reputation Management & Nuances of Digital Reputation Repair**



WHAT IS ONLINE REPUTATION MANAGEMENT (ORM)?

BUILD

MONITOR

REPAIR

THE NUANCES OF DIGITAL REPUTATION REPAIR

## WHAT IS ONLINE REPUTATION MANAGEMENT (ORM)?

As a direct consequence of Defendants' actions and false statements, Father Alexander will incur substantial costs if he seeks to manage and rehabilitate his online reputation.

Online Reputation Management (ORM) refers to the strategy and tactics employed to present one's personal and/or professional brand in the best possible light on the internet. Generally speaking, it involves promoting positive brand messaging and managing negative criticism in the most appropriate manner. Blue Ocean Global Technology defines ORM as the process of building, monitoring, and repairing the digital content that appears when you or your company are searched on the internet. The emergence of social media allows negative content and false information to be shared easily and circulated among large numbers of internet users. This could be an offensive comment about you, a negative story published about you, or a past legal issue. Your online reputation determines how others perceive you when they search for your name directly, or stumble on it online. Consequently, Online Reputation Management (ORM) is an exercise at proactively or reactively influencing what information people will find about an individual.

# BUILD

Building and managing your online reputation means proactively influencing the impression left on internet users, especially those who are actively or reactively seeking to learn more about you. Building a strong online reputation is critical to both people and businesses seeking to market themselves, and grow. An agile public relations strategy that includes positive online content and public perception will create a preemptive defense against future defamatory content.

An effective Online Reputation Management (ORM) strategy will protect your personal identity and company brand from negative information appearing on search results. Digital media has greatly improved the public's access to both individuals' and companies' identities and brands, but also vastly increased the risk of negative exposure.

Social media platforms such as Facebook, Twitter, Instagram, LinkedIn, and YouTube, along with search engines like Google, Yahoo, and Bing, have disrupted and realigned the global economy by providing instant access to unfiltered information. Search engine results pages (SERPs), which generally show news, videos, images, and third-party content, now represent a key foundational pillar of a person's overall reputation and brand. Moreover, unlike in traditional media, where a negative news story appeared only for a short span of time, negative stories in search engine results will often remain on the internet in perpetuity. Fortunately, these results can be properly managed and influenced to a certain degree through various tools such as search engine optimization (SEO) techniques within an ORM campaign.

## Active Social Media Presence

Social media is now the most effective tool for publicly sharing information, and creating word of mouth buzz. Active posting of pictures or links across popular social media communities helps direct traffic to your website and brand. And social media can also play a crucial role for individuals and companies trying to combat negative or false information.

## Positive Blogs

Telling your story not only reinforces a positive digital footprint for you and your brand, it can also protect against the effects of negative press in the future. Search engine results pages (SERPs) are comprised of three different types of content that can define your personal or business online presence:

- Managed Content: Content you can control. This includes everything that is published on your own website(s), along with articles, videos, etc., that you publish elsewhere online.

- Partially Managed Online Presence: Platforms like social media, review sites, and professional directories often host partially managed content regarding individuals. For instance, on platforms such as LinkedIn, individuals can curate their profiles but cannot

control all content posted about them. Throughout the ORM campaign, it's crucial to be mindful of Father Alexander's sensitivities and personal boundaries, particularly when crafting content related to him. Father Alexander's background and the sensitive nature of his work require special attention. Given his discomfort with excessive online exposure on social media platforms, it's essential to respect that and therefore discuss his contributions and affiliations, especially with the church and society via blogs or a website dedicated to his positive work that he did for the Church and the community. Instead of creating extensive profiles or soliciting reviews, I would focus on highlighting the positive aspects of his work through platforms like Facebook, Instagram, X. By emphasizing his contributions to the community, we can shape a positive online reputation while respecting his privacy and preferences.

- Unmanaged Content: This includes everything from news about you to blog posts and photos that you cannot influence because you have no control over the original content source. Unmanaged content is the most dangerous form of online content to your brand, and is the reason companies have evolved to protect and manage online reputations (David, 2016)[9] (Dewey, n.d.)[10].

---

[9] David, J. P. (2016). How to Protect (or Destroy) Your Reputation Online: The Essential Guide to Avoid Digital Damage, Lock Down Your Brand, and Defend Your Business. New Page Books,US.
[10] Dewey, C. (n.d.). Study finds 6 in 10 of us share links without reading one word. Retrieved from https://digitaledition.chicagotribune.com/tribune/article_popover.aspx?guid=23f1618f7764- 4cfe-8f4f-cf3226870f9d

## MONITOR

Of course, all this effort will go to waste if you don't know what is being said about you. Proactive anticipation of potential crises is the most effective way to mitigate or even completely avoid negative fallout. To put it simply, you need to be aware of what people are saying about you online, and the most effective way of doing this is continuously monitoring mentions of your identity and brand on the internet. This is more complicated than reputation building, and more difficult than just assigning someone to review and post on your behalf on social media. It should include not only full and continuous oversight of your internet presence, but also an evaluative comparison of your actual online reputation to the narrative you are trying to create for yourself. Monitoring is the key to addressing potentially harmful rumors and falsehoods before they erupt into a full-blown crisis. Unfortunately, people and even thriving businesses, can be blindsided by defamatory content on the internet. Monitoring is a proactive step towards managing that risk. (Dietrich, 2014)[11].

Moreover, beyond shaping individual identities online, it's equally important to monitor and manage the online presence of individuals, especially those of significant stature and influence. Individuals who hold positions of prominence, such as community leaders, public figures, and professionals in high-profile roles, bear a heightened responsibility to uphold their reputation and integrity in the digital sphere. Those who occupy such positions often serve as role models and pillars of their communities, making them susceptible to increased scrutiny and public opinion. Therefore, it becomes imperative for individuals of this stature to actively monitor their online presence and ensure that it accurately reflects their values, principles and contributions.

---

[11] Dietrich, G. (2014). Spin Sucks: Communication and Reputation Management in the Digital Age (Que Biz-tech) . QUE.

# Repair

A negative reputation can change the trajectory of your life or business, and adversely affect your personal well-being. Defamatory content erodes trust and compromises opportunities. Public relations firms and digital reputation specialists focus on the reduction and removal of online content to repair your online profile. Experienced companies have effective strategies in place for replacing negative search results with positive coverage.

There are several strategies available to repair a digital reputation. Digital reputations are constantly evolving, and it has become necessary to adapt personal and/or professional online presence accordingly. Digital reputation repair is a continuous process that demands periodic reassessment, the addition of new digital tools when appropriate, and modifying said process according to updates and changes to various search engines' algorithms for ranking content.

These ongoing changes to ranking algorithms can make obtaining success from SEO techniques challenging, even for experienced service providers with a track record of results. Search engines seek to deliver the most accurate and helpful results, which include balancing positive and negative content.

Hundreds of calculations and contributing factors are involved in search engine results. Specific aspects of those algorithms, and an associated scoring or ranking framework, apply to Online Reputation Management. Research on all aspects of each unique situation is required of each Online Reputation Management repair case. It requires a customized approach each time. To identify the best solution for an individual, Online Reputation Management professionals conduct thorough analyses of both positive and negative assets, and then test the feasibility of both the removal and suppression of content.

An integrated team of professionals, including technical experts, analysts, engineers, and programmers, consistently study and navigate digital trends in analytics, keyword research, link analysis, and SERPs, to conduct highly efficient and effective SEO campaigns. Keywords & URL targeting may be used to mitigate negative links and safeguard against future damage to your reputation.

In a reputation repair and rehabilitation campaign, the focus is on proactively improving upon a reputation that was obviously harmed and viewed by clients and prospective clients.

The false narrative created due to the defendants actions resulted in reputational damage to the plaintiff. To counteract the resulting negative sentiment, I recommend an ORM rehabilitation campaign.

The false content existing about Father Alexander over the period has compromised his digital presence and created a harmful negative impression to many searching for him on the internet.

# THE NUANCES OF DIGITAL REPUTATION REPAIR

**Implementing a comprehensive Online Reputation Management (ORM)**

The ORM plan required to rebuild Father Alexander's reputation will integrate numerous disciplines which include: SEO, public relations, content marketing, social media marketing and monitoring, community management, web analytics, and psychology and website engineering integrated with relevant content which is calculated to create a positive impact on a digital presence on social media, online review websites, forums, and blogs.

**The difference between ORM and SEO**

It is understandable that for many people, even successful executives and entrepreneurs, terms like Online Reputation Management (ORM), digital presence, Search Engine Optimization (SEO), reverse SEO, and content optimization, often sound similar and the difference can be confusing.

ORM is a broad concept that encompasses everything a company does to build its brand online. SEO is a strategy used to accomplish specific elements within a digital marketing campaign. ORM involves everything from building an SEO friendly website with relevant content to having a positive presence on social media, online review websites, forums, and blogs. While SEO is a technique that helps websites and specific digital assets appear higher on Search Engine Results Pages (SERPs), ORM combines different disciplines — online PR, content marketing, social media marketing and monitoring, SEO, community management, web analytics, and psychology — to proactively build and control the brand's reputation online. This multi-disciplinary and multi-channel approach is what differentiates ORM from SEO.

SEO is a foundational tool used within many successful ORM campaigns. SEO improves a target webpage's visibility through on-site optimization and managing the technical aspects of the page, such as creating HTML code, meta descriptions, and tags. As part of a content marketing strategy, SEO tactics help optimize a website's content by using specific keywords. Off-site optimization, another aspect of SEO, deals with building quality inbound links that can serve to *"vouch"* for the website in front of Google's spiders (software that crawls the web to find updated site information). Off-page SEO uses social media marketing and external websites to create traffic.

**Suppression & Reverse SEO**

Reverse SEO is accomplished when SEO and ORM considerations are integrated effectively to mitigate the reputational impact of negative search results appearing prominently on Google search results.

Targeted suppression campaigns for related keywords focus on creating specialized content and tactfully optimizing the featured group. When done correctly, and in accordance with Google's policies and best practices, these efforts directly 'suppress' or 'push down' the defamatory web pages that are adversely affecting a person or company's reputation. Specific strategies, for example, targeting landing pages fueled by Facebook ads and Google AdWords to drive traffic in support of the reputation repair, are often considered.

Consistent with industry language and established practices, ethical and organic baseline suppression campaigns often require a minimum of one year for measurable and material progress, even under an aggressive mandate. Repairing the reputation of Father Alexander is definitely a very difficult case relative to an 'extensive' campaign. The challenge of rehabilitating their online reputation reflects the depth and breadth of the web of defamatory information ruining their online identity.

Influencing search engine rankings must be gradual and organic. When the goal is influencing Google to favor (and disfavor) specific content, it is naturally counterintuitive to what the algorithm wants to rank. Generally speaking, Google seeks to provide a balance of information, and this of course refers to accounting for and integrating all perceived positive and negative information available for display within specific Search Engine Results Pages (SERPS).

An Online Reputation Management company would seek to mitigate as much negativity as possible to achieve sustainable results that are more permanent in nature. Links will move gradually in the client's favor, and there will also be natural partial reversals. This give and take is necessary, so as not to abruptly change the search results for a particular keyword otherwise it could be considered manipulation and 'blackhat' practices, and thus a violation of Google's terms and conditions.

Effective suppression focuses on making a growing group of positive current assets, and being sure they're stable, before strategically cross-pollinating that content. Integrated technical and public relations teams collaborate to evolve their approach and create priorities according to the most recent results throughout a Reverse SEO & Suppression campaign. The links will fluctuate up and down on the targeted keywords identified when repairing Father Alexander's digital presence. The overall aim here is to create long-term stability. Until then, weekly, and even daily, fluctuations in search engine results are to be expected.

The following are guidelines for creating new positive assets (which may be posted or backlinked to some of the sample websites mentioned in Appendix B) within digital reputation repair campaigns:

- High quality, original, and technically accurate content – search engines reward authentic and resourceful content;

- Keyword density – too many instances of primary or secondary keywords will penalize a particular page for the target search engine results page

- Relate URLs to primary key words – URL customization when creating new positive assets can significantly improve authority for specific search queries, especially when the URL closely matches the key search phrases;

- Web property cross-linking – embed hyperlinks and use links in newly created digital assets to cross-pollinate page authority and significantly improve campaign suppression results.

- Thorough optimization – cover all on-page SEO ranking factors and control all possible static quality elements for each positive asset. The success of a suppression campaign is always subjective and flexible because results are dictated by search engines. Google is highly secretive with respect to their complex search algorithm. Suppressed negative links can easily reappear on search engines, even from a seemingly minor update to the search algorithm. Major Google algorithm updates include:

  1. 2020 Google Featured Snippet Deduplication – Updated featured snippet rankings that list websites so that they are not repeated within organic listings;

  2. 2019 Google BERT – Updated algorithm model with deep learning and natural language processing so as to better understand nuances of context;

  3. 2017 Google Fred – Updated algorithm to penalize websites that violate Google's webmaster guidelines, notably blogs with low-quality posts;

  4. 2016 Google Possum – Updated algorithm to ensure that local results correlate better with searcher's location;

  5. 2015 Google RankBrain – Updated algorithm as part of Hummingbird to factor in lack of query-specific relevance features, poor user experience, and shallow content;

  6. 2015 Google Mobilegeddon – Updated the algorithm to provide a boost to mobile friendly pages when searching Google from mobile devices;

  7. 2014 Google Pigeon – Updated algorithm for local searches and created a more integrated relationship between local and core search;

  8. 2013 Google Hummingbird – Updated the algorithm to positively impact best results for specific queries, particularly the emergence of conversational search. This update favors websites providing high quality content that reads well for searchers and provides helpful answers;

9. 2012 Google Penguin – Updated the algorithm for link quality. Websites with low quality directories, blog spam, and purchased links are negatively impacted in search results; and

10. 2011 Google Panda – Updated the algorithm for quality of content. Lower quality content, including duplicate content, will negatively impact search results.

Search Engine Journal - (Journal, 2018)[12];

Search Engine Land - (History of Google Algorithm Updates, n.d.)[13]

Putting this together, suppression and reverse SEO will be particularly difficult and limiting in Father Alexander's case because: (1) he had little preexisting web presence or content, (2) the original negative content generated by Defendants' false statements was massive, (3) the negative content has accumulated and remained over more than a three year period, and (4) the key to *"fixing"* this is generating new content to gradually overtake the old, negative content, but as a private individual, Father Alexander has little opportunity to do so. This is not to say a suppression and reverse SEO campaign will be of no value to Father Alexander, but instead that it will be expensive, it will need to be long-lasting, and even then, its success will be limited. Ultimately, the quickest and best new content that can be generated to repair Father Alexander's reputation would be if he wins his lawsuit and garners a large award, which will generate new news stories. These new stories will be the best new content and "assets" that will work to repair his online reputation

**Sample Campaign Websites and Profiles - Appendix C**

**Content Removal**

Sometimes content can be removed. Where feasible, content removal can be a more permanent solution, but may be prohibitively expensive because of the time investment required. Additionally, there are no guarantees for successful removal or deindexing of target links through search engines. The target negative links as per research and as evidenced in Appendix D are 43.

It is important to acknowledge that Father Alexander has given a substantial amount of time and effort to build his reputation. He reached out to the websites and publications where the false information about him was listed to request immediate removal of content. He was unsuccessful.

---

[12] Journal. (2018). Retrieved from https://www.searchenginejournal.com/seo-guide/
[13] History of Google Algorithm Updates. (n.d.).

Proving the aforementioned is false was inherently difficult without an internet defamation judgment verifying the innocence of Father Alexander.

Section 230 of the Communications Decency Act (CDA) of 1996 certainly facilitated the development of today's internet by encouraging innovations and new business models. Its primary goal is to safeguard the business owners of any *"interactive computer service"* from culpability for anything published by third parties. It states that *"no provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider."*

Companies like Blue Ocean Global Technology invest resources in the study and development of all options for the negotiated, legal, and strategic removal of information causing negative reputational damage. With multiple pieces of damaging information, the general approach to reputation management incorporates the following four removal strategies:

1. Negotiated (sympathetic) removal via direct outreach;

2. Relationship driven removal via my network of agency & publisher partnerships;

3. Strategic (technical) removal at source search engine or hosting company; and

4. Court or attorney assisted removal

**Negotiated (sympathetic) removal via direct outreach.**

Our research and analysis often include:

- Review of each of the prominent links' website properties for information in support of sympathetic removal inquiries;

- Research of key stakeholders, executives, and employees for identification contacts;

- Signed letter to company address requesting removal of identified links with supporting documentation; and

- Direct outreach via phone to website owner and administrator.

**Relationship driven removal via my network of agency and publisher partnerships.**

The second strategy relies upon my established proprietary network of PR, media, and publication partners who may have relationships with publications or their parent companies. As my network of PR partners expands in perpetuity, so does my ability to remove links via those strategic relationships.

**Strategic (technical) removal at source search engine or hosting company.**

Strategic removal is another option where technicalities are identified, and cases made in favor of removal. Every website platform host or service provider has contractual agreements in place with the owner of a particular website domain. For instance, to receive hosting services from godaddy.com or bluehost.com, one must remain in compliance with thousands of terms and conditions. As such, a negative post may be in violation and subsequently justify removal from the corresponding authority. In one search result, there can be more than fifty thousand points of regulatory consideration. It is important to note that this type of removal is done independent of any conversation or notification to the website owner or administrator. With technological innovation, integration, and investment, the ORM industry is rapidly evolving. Cutting edge analysis and resources are expanding the opportunities to repair an online reputation with confidence.

The following are required when identifying technicalities and exploring strategic removal:

- Hosting requirements and terms;

- Analysis of ISP (internet services provider) terms protocol;

- Hosting site mandates and guidelines;

- Background of author and/or website media company;

- Intent and motivations of website purpose; and

- Google quality terms of use.

**Google Removal Policies**

Google seeks to organize the world's information and make it universally accessible, but there are specific instances where they will remove content from their search results.

Google will remove content from search results if it includes:

- Child sexual abuse imagery;

- Content in response to valid legal requests, such as copyright notifications that meet the requirements of the Digital Millennium Copyright Act.

With respect to personal information, Google will remove certain types of sensitive personal information from Google Search Results. How Google decides whether or not to remove a piece of personal information is dependent upon the following:

- Is it a government-issued identification number?;

- Is it confidential, or is it publicly available information?;

- Can it be used for common financial transactions?;

- Is it a personally identifiable nude or sexually explicit photo or video shared without consent?; and

- Can it be used to obtain more information about an individual that would result in financial harm or identity theft?

**Court or attorney assisted removal**

Website domains and hosting companies may not have a legal obligation to remove content unless a court determines that the information that harms the interested party is false or defamatory in nature. In other words, it must be proven that the content is defamatory as outlined in Section 230 of the U.S. Communications Decency Act of 1996 (CDA).

To prove defamation, the following criteria must be met:

- The subject information is false and not factual;

- The negative information is now public and seen by others (at least one person); and

- The reputation of the individual has been adversely affected by the publishing of the content.

Again, for Father Alexander, content removal is - conceptually - the best tool to restore his reputation, but just the same, given the extent of the negative publicity and passage of so much time, complete removal is impossible because publications are loath to respond. Even with the most aggressive campaign, negative internet content featuring Father Alexander will likely reappear and affect his reputation in perpetuity.

REVIEW OF REPUTATIONAL IMPACT BASED ON SENTIMENT LINK ANALYSIS & SEARCH ENGINE RESULTS

**Digital Crisis**

The speed at which information travels on the internet means that the veracity of content is almost immaterial. As our reliance on the internet has made absolutely clear, a controversy can be based on an actual problem or can simply be the result of a mistake or misunderstanding. In some cases, the issue may be a complete fiction, made up out of whole cloth. And opinion-makers on the internet are often hungry for controversy driven by emotion rather than factual circumstances. These decisions are made so quickly that individuals have almost no hope of addressing them in a timely manner.

A narrative amplified by the internet, legitimate or not, can quickly become set in stone. Individuals like Father Alexander who depend on their positive online reputation are potentially the most vulnerable victims of a digital crisis. Their comparative disadvantage relative to corporations is rooted in their lack of resources, relationships, and clarity on how to prepare for or react to defamatory content flooding the internet. When an innocent person is blindsided by negativity, they are often paralyzed by indecision and can be incapable of seeking any help out of embarrassment or shame. As media becomes more fractal in its targeting, a digital reputation crisis response must be tailored to the nuances of each situation.

**Viral Nature of the Internet**

In the grand scheme of history, the internet has existed for only a very brief period of time, even if you include its origins as a US Department of Defense project in the 1960s and 1970s (Featherly, 2016)[14]. Over the past twenty years, the internet has been adopted by millions, and then billions, of people. Since the turn of the new millennium, online searches and our reliance on all things digital have become a reality to a majority of the world's population. Social media is now a primary medium and location for spending time and communicating information. Although each person's motivation for using social media (and the internet in general) varies, the central purpose is almost always to share and learn. The internet gives its users nearly unlimited opportunities and avenues through which to express opinions, talents, thoughts, pictures, videos, and even private and confidential information across communities and groups of followers, both small and large. This exponentially expands a person's potential exposure to undesirable or offensive content. Internet users have both the freedom and the burden of determining the truth of the shared content they see—and of reacting accordingly.

---

[14] Featherly, K. (2016, May 16). *ARPANET*. Retrieved from Britannica: https://www.britannica.com/topic/ARPANET

News we encounter online can often be either untrustworthy, false, or biased, especially on social media. People can fall prey to sensationalism or accept particular information as truth if it conforms to their personal opinions. As our dependence on the internet accelerates, certain risks grow in tandem. The circulation of false content, or content tailored to a specific audience's prejudices, can damage an individual reputation and compromise their ability to live a normal life in a matter of mere minutes. Content consumed from the internet absolutely must be verified by checking it against other sources and channels to avoid building opinions on false, incomplete, or intentionally deceptive information.

Online publishers are in an escalating race for traffic and engagement. Platforms will leverage and publish content that increases readership—whether or not that content is factual—if it provides a competitive advantage. Platforms seek to position themselves high on search engines' algorithms, and then ride the wave of trending news. The appeal of a viral video or news story entices media companies to seek out content that will allow them to leapfrog the competition. The temptation is often overwhelming; some platforms will publish incomplete stories just to get ahead of the trend, and, embracing the idea of asking for forgiveness rather than permission, will make the necessary corrections to the stories only after they have garnered viral attention and millions of views. This allows the platforms to remain in the *"trending"* category, while emotionally engaging with or even instigating their audience. A major factor that determines whether a news story will 'go viral' is that it must elicit a strong reaction, and whether that reaction is positive or negative (or the underlying story true or not) barely matters (Lehr, n.d.)[15]. The publisher just needs to evoke a reaction, any reaction. If a story is interesting enough and a media company wants to be the first to publish it, before any other platforms can release their own version, doing so without actually checking the facts becomes very tempting, and easy.

The internet has become an integral part of contemporary life and the preferred medium of communication for billions. Many use it for personal expression, while others see it as a powerful tool to make an impact on society. Unfortunately, some on the internet have ulterior motives, sharing false information to intentionally mislead people and influence their beliefs and actions, rather than disseminating authentic news and data.

To remain relevant in the current media market, news channels and media platforms constantly strive to keep up with the latest trends and venture to produce interesting content. They may *"run to stand still,"* indulging in topics or news – true or not – just to maintain their position and viewership in an ever-shifting marketplace.

And even when a news site makes a serious error and addresses it by removing or correcting the offending article or post, this does not guarantee that the story, or its initial effects, will go away. Viral news stories are often reposted, rewritten, republished, or syndicated on other (affiliated

---

[15] Lehr, A. (n.d.). *Positive or Negative, Here's Why Content Goes Viral.* Retrieved from Influence & Co.

and non-affiliated) sites, networks, and social media platforms, sometimes attracting a viewership of millions long after the original story has been debunked. It is a vicious cycle: the viral spread of a story or piece of information triggers a cascade of internet searches on the topic. This in turn leads to search engines and social media algorithms identifying and optimizing for keywords related to that topic, which spreads the news even further. Furthermore, when users engage with the story by sharing, 'reacting' to, or commenting on it, search engines track that interest and adjust to it—again, regardless of the actual veracity of the story in question—often pushing it (and other related stories) higher up in search engine results.

The *Chicago Tribune* highlighted research conducted jointly by Columbia University and the French National Institute, which found that 59 percent of links shared on social media are shared without their related stories having been read first (Dewey, n.d.)[16]. This underlines the fact that people are generally uninterested in investing the time and effort necessary to confirm the truth of a matter and will often blindly accept information served to them via social media if it strikes them emotionally or confirms their beliefs.

With respect to the internet and the nature of *"viral"* content, two basic ideas must be explored: novelty seeking and the information gap theory of curiosity. First, our brains are hardwired to search for novelty (Cooper, 2013)[17]. We can grow tired of seeing the same ideas repeatedly over a long period of time. New and unique things catch our eye. This phenomenon has reached the point where people using GoFundMe and other fundraising sites to cover their medical expenses will try to make their stories unique and novel so they will *"go viral"* (O'Neil, 2017)[96]. And, in response to seeing new things, we become motivated to explore more new things, which, on the internet, are just one click away. This leads to the second issue: George Loewenstein's information gap theory of curiosity asserts that human beings will often act to fill the gap between what they know and what they want to know (Lehrer, 2010)[18]. We are, by nature, obsessed with information and have a deep curiosity about the world. And our social media feeds provide us both novelty and new knowledge easier and faster than any previous form of media in human history. Our natural curiosity can be satisfied with a click or a scroll down an endless social media feed. As a result, resisting the impulse to surrender to it is very difficult.

Contrarily, once internet users become aware of these issues and understand a bit more about human nature, they tend to become more mindful in their explorations of online content, and consequently improve the quality of information being shared. Information on the internet comes

---

[16]Dewey, C. (n.d.). Retrieved from Chicago Tribune:
https://digitaledition.chicagotribune.com/tribune/article_popover.aspx?guid=23f1618f-7764-4cfe-8f4f-cf3226870f9d

[17] Cooper, B. B. (2013, May 21). *Novelty and the Brain: Why New Things Make Us Feel So Good*. Retrieved from Life Hacker:
https://lifehacker.com/novelty-and-the-brain-why-new-things-make-us-feel-so-g-508983802

[18] Lehrer, J. (2010, August 3). *The Itch of Curiosity*. Retrieved from Wired:
https://www.wired.com/2010/08/the-itch-of-curiosity/

in self-sustaining waves. A strong or surprising news story can garner a lot of attention. Humans can feed on confirmation bias and having their existing beliefs reinforced. When people encounter reinforcing information online, they typically share it, which means everyone in their social circles is exposed to the same information, further strengthening the bias. This burst of sharing leads to search engines identifying the topic as *"trending"* and to stronger optimization of keywords in search results. This cascade of events can be incredibly dangerous, such as when, in the wake of a disaster or crisis, people increasingly seek out not the facts of breaking news, but websites pushing conspiracy theories and dangerous misinformation (Starbird, 2017)[19].

Regretfully, negative information on the internet can create a kind of domino effect in the media, with news sites and platforms publishing increasingly loud, buzzy headlines in hopes of attracting more attention and staying in the loop of the latest trending news and topics. And if the story they are promoting is misleading, or even outright false, well, maybe they will get around to figuring that out later. The 300+ articles and posts along with the expansive portfolio of negative digital content subsequently created, are clear examples of the *Viral Nature of the Internet.*

INVENTORY OF UNFAVORABLE LINKS: NEGATIVE LINK ANALYSIS & DEFAMATORY LINK TRAFFIC ANALYSIS – APPENDIX D

SOCIAL MEDIA ANALYSIS - APPENDIX E

---

[19] Starbird, K. (2017). *Research on Crowds and Crises*. Retrieved from Washington Edu: https://faculty.washington.edu/kstarbi/research-on-crowds-and.html

## Section 6: Assessment of Damages

---

Assessment of Harm to Reputation

Rationale for Recommendation of Damages

Summary Findings

Damages

## Assessment of Harm to Reputation

In the realm of religious leadership, personal integrity and professional reputation are pillars upon which trust and respect are built. However, when false accusations emerge, they can wield a destructive force, shattering both personal and professional standing. This case exemplifies this harsh reality, as the charge of forgery against  Father Alexander not only tarnished his personal reputation but also inflicted significant damage to his professional and religious standing.

### Personal reputation

Father Alexander, an Orthodox Christian archimandrite, found himself in a controversy when he was falsely accused of forging documents related to his appointment as Bishop of Miami. These accusations struck at the core of his personal integrity, casting doubt upon his character and integrity within the Orthodox Christian community. As a figure of religious authority and moral guidance, such allegations inflicted deep wounds upon Father Alexander's personal reputation, tarnishing the trust and respect that he had diligently cultivated over the years.

The impact of these false accusations extended far beyond mere speculation, permeating into the fabric of Father Alexander's personal life. The stigma of being labeled a forger and deceiver reverberated through his social circles, causing emotional distress and anguish. The weight of unfounded allegations hung heavy upon Father Alexander, eroding the foundation of trust upon which his personal relationships were built. Moreover, the public dissemination of these false accusations compounded the damage, leaving an indelible mark on Father Alexander's personal reputation that would not easily fade.

### Professional/Religious Reputation

In addition to the profound damage inflicted upon his personal reputation, Father Alexander's professional and religious standing also faced dire consequences in the wake of false accusations. As a clergyman entrusted with public office within the Orthodox Christian hierarchy, Father Alexander's integrity and moral character were essential attributes that underpinned his authority and influence.

The false accusations of forgery dealt a devastating blow to Father Alexander's professional and religious reputation, undermining the trust and confidence placed in him by his peers and other people of the church. The allegations called into question his suitability for leadership within the church, sowing seeds of doubt and uncertainty among those who once looked to him for guidance.

Moreover, the public nature of these accusations magnified their impact, with widespread dissemination leading to a loss of credibility and respect within the broader religious community. Father Alexander's professional standing as a clergyman was irrevocably tarnished by the cloud

of suspicion cast upon him, hindering his ability to fulfill his duties and responsibilities effectively.

The damage was not limited to intangible harm; it also exacted a tangible toll on his livelihood and financial well-being. The erosion of trust and confidence in his leadership abilities led to diminished support and patronage, further affecting his financial strain.

The publication of the false charge of forgery damaged Father Alexander's reputation within the Orthodox Christian community, leading to a loss of trust and confidence among congregants.

## RATIONALE FOR RECOMMENDATION OF DAMAGES

In my experience, the present case is one of the most severe examples of how a professional and personal life can be harmed by false statements. The statements issued against Father Alexander have a direct bearing on the extensive losses and injury caused to him. The statements issued and made by the Defendants define Father Alexander and place them in a false light. The false statements were broadcasted and re-broadcasted to mass audiences, with millions of people hearing, reading, or viewing the false statements.

The rationale for damages in Father Alexander's case is founded on the profound impact of the false accusations made against him by the defendants.

The false accusations of forging documents directly impugned Father Alexander's reputation and personal integrity within the Orthodox Christian community. As a church leader , his reputation is paramount, and the false accusations severely damaged his standing within the church and broader society.

Being falsely accused of forgery undoubtedly caused Father Alexander significant emotional distress and psychological harm. The stress, anxiety, and trauma resulting from the false accusations can have long-lasting effects on his mental well-being and overall quality of life.

The false accusation of forgery subjected Father Alexander to public humiliation and stigmatization, as they were disseminated widely within the Orthodox Christian community and beyond. The damage to his reputation and the false narrative perpetuated by the defendants have likely affected how he is perceived by his peers, parishioners, and the general public.

The defendants' actions in making and disseminating false accusations against Father Alexander appear to have been willful and malicious. Their deliberate efforts to undermine his reputation and credibility demonstrate a reckless disregard for the truth and a clear intent to cause harm.

As evidenced in Appendix D, and Appendix E, the content did reach a massive audience and completely compromised Father Alexander's integrity and reputation.

## SUMMARY FINDINGS

1. **THE IMPACT OF THE DEFENDANTS' ACTIONS AND REACH OF THE FALSE ACCUSATIONS ARE CATASTROPHIC.**

   The actions and statements of Defendants exposed, and continue to expose, false statements to the eyes and ears of millions of people. Whether on social media, television, radio, or Google Search (news, videos and images), Father Alexander's name is intertwined with *"forgery."*

   Such allegations, especially within religious communities, severely damages an individual's reputation, career, and personal well-being. The widespread dissemination of the accusations exacerbated the damage, making it even more challenging for him to restore his reputation and move forward. Defamation cases involving religious figures can be particularly complex due to the deeply ingrained trust and respect within their communities, which makes it crucial to address such allegations swiftly and decisively. Also, the fact that the false charge of forgery came from high church officials, as opposed to just anyone, makes the damage so much more difficult to reverse, since church-going people tend to give much more weight to statements that are made by people of respect and authority.

2. **DAMAGES COMPROMISE FATHER ALEXANDER'S LOCAL, NATIONAL, AND INTERNATIONAL REPUTATION.**

   The existing negative and false media content completely compromise Father Alexander's reputation irrespective of geography. This is true not just for search results locally in the United States, but also across international boundaries. If Father Alexander relocates to another state or country with the presence of Russian Orthodox Church members, anyone he meets can easily develop an unfavorable opinion of him following a quick search of his name on the internet. Additionally, if Father Alexander is simply traveling abroad to another country on a family vacation and tries to rent an Airbnb or Car, the false accusations will follow him. t. Please reference Appendix D, where sample search results are outlined from New York, Florida, London, Toronto, and Moscow.

3. **PLAINTIFF'S DIGITAL PRESENCE CAN NEVER BE FULLY RESTORED.**

   If Father Alexander were to come to Blue Ocean Global Technology asking to repair his online presence, the first thing I would make clear is that it's impossible to return to the online reputation he previously had (neutral and mostly non-existent). His reputation can certainly be improved over time, but it requires patience and a lot of work.

Being a forger of church documents is for all intents and purposes is what Father Alexander is now known for. Improving his online presence will require proving to search engines (and searchers themselves) that there is other content that is more important than the series of posts that now represent him on the internet.

On the internet, the defamatory content does not go away. A wrongfully accused person might get a retraction from the original source—a difficult task in itself. But by the time retractions or corrections are made, the content has been spread via social media and search engines, and so it lives on. In response, digital marketers have been forced to develop strategies and methods for mitigating negative online content.

While defamatory articles don't simply disappear by hitting a delete key, they can be pushed down or *"suppressed"* in search results. This is accomplished by creating and posting competing content. Subsequently, consistent, coordinated, and skilled search engine optimization efforts to strengthen the new content by a professional reputation management team can influence the negative search results. This is a time and resource intensive process that can never fully erase defamatory articles and posts.

We can only mitigate some of the damage and alleviate a portion of the current negative footprint. Negative information about Father Alexander will likely remain discoverable forever.

Target material may be hidden when suppressed to lower pages, potentially away from the eyes of casual searchers or prospective employers, but anyone interested in finding and tracking the erroneous content will be able to do so if they investigate deep enough into the search engine results pages.

Furthermore, as Google's algorithm changes and updates, the negative content can and does reappear from lower pages to higher ones. And then the suppression campaign efforts must be deployed once again.

**4. FACTORS UNDERPINNING WHY FATHER ALEXANDER'S DIGITAL REPUTATION REPAIR CAMPAIGN IS COMPLICATED & DIFFICULT.**

- Father Alexander's reputation repair campaign is inherently complex due to the sensitive nature of his image. As a revered figure within the community, any online content must be crafted with utmost sensitivity to uphold his dignified persona and avoid any potential harm to his reputation. Balancing transparency with respect for his privacy and religious status poses a significant challenge in shaping his online narrative.

- Unlike businesses or public figures with extensive control over their online presence, Father Alexander faces the challenge of dealing with negative content. While he can influence his own digital footprint to some extent, he or anyone else lacks complete

control over what others say or post about him online. This lack of control complicates efforts to manage and repair his digital reputation effectively.

- Given Father Alexander's prominent role in the community, he is susceptible to both praise and criticism. Negative feedback or misconceptions, if left unaddressed, can quickly tarnish his online reputation. Moreover, navigating sensitive topics or past controversies requires careful handling to avoid exacerbating any existing issues.

- Given Father Alexander's sensitive image, any content created as part of the reputation repair campaign must be approached with sensitivity and tact. This includes refraining from sensationalism, respecting his boundaries, and focusing on highlighting his positive contributions to the Church and community. Striking the right balance between transparency and discretion is essential to rebuilding trust and credibility online.

- There was little prior or baseline media presence for Father Alexander before he was accused of forgery. . That is why mainly only information about these events, meaning mostly negative information, shows up when someone seeks to learn more about him.

- There is a large volume of high quality content ranking for Father Alexander's name. This creates a web of unfavorable press. Reference Appendix D - Inventory of Unfavorable Links.

- The published false statements continue to have accumulated and gained strength over the course of time.

- There are limited opportunities or options to generate meaningful press that can counteract the negative stories about Father Alexander.

- There are a large number of keywords featuring content. I would have to target 8 keywords, which include, but are not limited to the following:

  - Alexander Belya
  - Protopriest Alexander Belya
  - Father Alexander Belya
  - Alexander Belya forging
  - bishop Alexander Belya
  - Alexander Belya scandal
  - Archpriest Alexander Belya
  - Priest Alexander Belya

  Google translated from English to Russian
  - Александр Беля
  - Протоиерей Александр Беля

- Отец Александр Беля
- Александр Беля подделка
- Епископ Александр Беля
- Скандал с Александром Белей
- Архипресвитер Александр Беля
- Священник Александр Беля

**5. RECEIVING A POSITIVE LEGAL VERDICT AND PRESS FOLLOWING A PUBLIC DAMAGES AWARD WILL MOST HELP NEUTRALIZE THE FALSE STATEMENTS.**

Father Alexander faces a proverbial mountain to climb in attempting to restore his digital reputation. Any restoration campaign will be limited because the negative accusations will still be present online and will likely resurface. New positive press following a favorable judgment will be material to providing him the most viable opportunity to rehabilitate his reputation. A reputation repair campaign augmented by positive media coverage will afford Father Alexander a new online narrative, one that he simply may not have otherwise.

**6. WITHOUT RESTORATION MEASURES, THE DAMAGE WILL DEFINE FATHER ALEXANDER'S ONLINE IDENTITY. THIS FACT MAKES REHABILITATION DAMAGES ESSENTIAL.**

As clearly outlined in Appendix D and E, Father Alexander's unfavorable reputation currently defines his perceived identity. Defendants were the originators of the statements made publicly. These were later broadcasted and re-broadcasted several times and ultimately published by various news websites. Naturally, the headlines reached a greater audience, gravely impacting Father Alexander's reputation. The damage to Father Alexander's reputation, as a result, is widespread and costly.

The proliferation of the statements, breaking stories and clips over the internet fostered and encouraged the public to believe that such false allegations against Father Alexander were true and credible. As stated earlier, the credibility of the false charge of forgery was greatly enhanced by the fact that it was coming from church officials who command authority and respect within the orthodox community.

## DAMAGES

**Emotional Distress Damages:**

Please note that these damages are sometimes included within Reputational Damage (Defamation *per se*).

Emotional Distress Damages in Defamation Cases (2019). (Carroll & Meadows, 2019)[20]. That is especially true and applicable in Father Alexander's case as he was falsely accused of forgery, which false statements were then broadcast far and wide.

Same as it would for anyone, the false statements and subsequent media storm have inflicted significant and lasting damage to Father Alexander's mental well-being and overall quality of life. His self-esteem and credibility has naturally been eroded, causing him to question his self-worth and suffer from a diminished sense of identity.

Pain and suffering and emotional harm are, of course, highly personal, and as the literature notes, incapable of precise calculation because everyone's emotional pain differs. Given my work in dozens of defamation cases and helping victims of false statements repair their digital presence, what I can confidently conclude is that Father Alexander's emotional harm is severe and significant, which makes sense given that his case may be the worst examples of a media storm tarnishing a religious leader's reputation that I have been retained to examine.

As the article cited above notes: *"Defamation itself can be powerful evidence for an emotional distress claim. Some allegations are so heinous that any reasonable person would accept that they are inherently stressful. 'Forger' 'falsifying documents,' and 'deception' are hot-button accusations. Perhaps little more is needed to demonstrate the emotional distress caused by this kind of defamation."* Id.

Our interviews revealed that this experience of defamation was visibly strenuous for Father Alexander. Tatiana said she was *"very concerned about [Father Alexander] because he had [...] a heart problem from the stress that was caused. [...] it was obvious on his face that he was extremely depressed [...]. The ones who stayed could see that he was under tremendous strain and stressed, and there was a change in his appearance."*

Nun Susanna noted that *"Father Alexander is [...] a monk, so God comes first. And an accusation of something like this, it's akin to spiritual death for him. There was a lot of stress, and he, of course, didn't sleep well, didn't eat well. At that time, he tried to communicate less with people. No one could force him to leave the office. He was very worried. He even had heart problems."*

---

[20] Carroll, N., & Meadows, J. L. (2019, April 30). Emotional Distress Damages in Defamation Cases. Retrieved from Nicholas Carroll:
https://www.nicholascarroll.com/defamationresources/emotional-distress-damages-in-defamation-cases.htm

Nun Kipriana stated that *"The stress is evident. [Father Alexander did not eat] nearly the same amounts that he used to eat. And that he does not sleep as much as normal hours. [...] [H]e started having heart issues. He touches heart periodically. [I]t's a stress related issue, because there [...] isn't a heart medical problem with him. But he needs to rest once in a while after his heart just starts [...] hurting him."*

Father Alexander was also evaluated by a psychiatrist in connection with the mental and emotional distress that he underwent. The psychiatrist found that Father Alexander experiences numerous psychological symptoms, including nightmares and insomnia, detachment from family and friends, etc, all stemming from the false accusation of being a forger. The psychiatrist has diagnosed Father Alexander with post traumatic stress disorder (PTSD) and depression, stemming from the traumatic experience of being labeled a forger by defendants. As the article cited above notes, deep psychological and emotional consequences and wounds are essentially presumed in defamation cases. And having interviewed Father Alexander, it is clear to me that he is no different than anyone else, meaning he has suffered deep emotional harm that in turn has adversely and severely affected his personal well-being and professional and personal relationships.

Given the highly personal charge of forgery that was leveled against Father Alexander, and given the conclusion of a psychiatrist that this has caused him to suffer from PTSD and depression for more than four years, and experience devastating and life-altering symptoms,  I believe a compensatory damage amount is merited and should be considered.

**Reputational Damage (Defamation *per se*)**

The largest component of Father Alexander's damages is definitely his loss of reputation.

As detailed above, even the most aggressive rehabilitation campaign, with money being no object, can only help partially restore Father Alexander's good name. Again, this is because: (1) he had little original, *"baseline,"* media and internet presence, (2) the media storm was far and wide with millions hearing or reading about the false allegations against him, and (3) now substantial time has passed, meaning his reputation is largely cemented in the general public's eyes.

Reputations are most people's most valuable asset. This is particularly so in the case of a religious leader whose reputation is everything. Reputations  are hard to build. But as this case demonstrates, they can be destroyed in a moment.

Reputations hold immense value because they are built on perceptions, beliefs, and opinions that others hold about an individual or entity. These perceptions can shape how people view and interact with someone, influencing their trust, willingness to collaborate, and overall opinion of their character. While it's difficult to quantify reputations in concrete terms, their impact is undeniable.

When false accusations or negative information is spread about someone, it can have far-reaching consequences, as this case demonstrates.

Trust and relationships are intangible aspects of human interactions that cannot be easily measured or quantified. Trust is built over time through consistent behavior, reliability, and integrity. It develops as individuals demonstrate their competence, honesty, and ability to keep their promises. Relationships, on the other hand, are built on mutual understanding, respect, and shared experiences.

Quantifying trust and relationships are challenging because they involve complex emotions, subjective perceptions, and individual experiences. While Father Alexander's family and inner friend circle likely ultimately maintained their same belief in and love for him, everyone outside his inner circle is left with the cloud of the original accusations..

For all those outside his inner circle - neighbors, acquaintances, church goers, former class and work mates, his children's friends and their parents - most are left with the false impressions that Father Alexander is a forger, meaning Father Alexander's reputation is tarnished with them. This secondary group causes the most harm to Father Alexander, as these people do know him. They may see him at the church,  grocery store, at a restaurant, or walking down the street and in turn shun or sidestep him. They may also correspond with him from near and far. Father Alexander reported how many people now interact with him and his family  differently than they did before. This is often where false statements hurt a person most.

Finally, there is the outer ring - the third ring - of people who heard or read about Father Alexander at the time, and continue to read about him. These people, mostly strangers, number in the millions. For them, Father Alexander's reputation is largely forever cemented as *"that Religious Leader was accused of forgery and is a fraudster."* Postings reflect the thoughts and opinions of millions of strangers online.

Naturally, measuring the harm of losing one's reputation is incalculable. It is highly personal. It includes numerous intangible elements that can only be observed through people's behaviors, body language, and verbal cues. And these observations only provide a glimpse into the overall impact and cannot capture the full extent of the consequences.

I have studied defamation and, again, been retained in dozens of defamation cases to assess damages. The reason the category of *"defamation per se"* exists is precisely because calculating damages in such contexts as this is difficult. That is why damages are presumed, because defamation is so devastating to a person's reputation in such cases, like this.

**Subjectivity**

Assessing the extent of harm to one's reputation is inherently subjective. Reputation is a complex and intangible concept that varies from person to person and can be influenced by numerous

factors. Different individuals may interpret the same defamatory statement differently, and there is no objective measure of reputation damage.

**Context and Audience**

The impact of defamatory statements can vary depending on the context and the audience involved. The reach and influence of the defamatory statement, as well as the characteristics and perceptions of the target audience, can significantly affect the extent of harm caused. Determining the specific effect on reputation in a given context can be challenging.

**Long-Term Effects**

Reputation damage can have long-lasting effects, often extending beyond the immediate aftermath of the defamatory statement. Restoring one's reputation may require significant time, effort, and resources, including engaging in professional reputation management strategies. Estimating the long-term consequences and associated costs is complex.

Though there are many intangibles, in this case, there is at least one tangible, concrete factor that weighs heavily in trying to assess a proper damage amount: the millions of people who were exposed to the accusation of forgery in the form of online media (Ring 3). Of course, most of these millions never had an opinion of Father Alexander prior to the false statements being published, but that's the point: now they do and it is a devastatingly false reputation. For those millions, his reputation will likely never be restored.

Putting these factors together, though I cannot calculate a precise amount of damage, I can provide a structure for assessing with benchmarks, as follows:

**Ring 1 (Inner Circle - Family and Close Friends)**

Though these individuals likely still believe in Father Alexander and their opinion may not have ultimately changed at all, the accusations and statements are still devastating to these close relationships. If nothing else, it forced Father Alexander to have to painfully explain to those closest to him that these statements - his nightmare - were false. The accusations and media storm cause even them to view him differently, perhaps as damaged goods going forward.

**Ring 2 (Secondary Circle - Acquaintances, Neighbors, Community and Church members, Etc.)**

This circle is the circle that often affects false statement victims like Father Alexander the most. This is because these individuals all know and interact with Father Alexander on a regular basis, but do not know him well enough to know whether the false statements are true or not. This is the group that often hurts victims like Father Alexander most because while he interacts with them or sees them, he sees, feels, and experiences their distrust or questioning. And even if some in this group fully believe in Father Alexander's good reputation, unless they express that to him,

he does not know how they feel about him. That is the toughest part for victims like Father Alexander.

For Ring 1 and 2, based upon the fact that the negative sentiment is spread ubiquitously throughout that circle of acquaintances, neighbors, and community and there has been an absolute destruction to Father Alexander's reputation amongst ring one and ring two and that, taken in isolation, I conservatively estimate that Father Alexander is at least entitled to $750,000 to $1,000,000 in damages from Ring 1 and 2. Again, this is based on my understanding of reputational harm, and the fact that Father Alexander's reputation has been completely compromised amongst anyone that knows him or knows of him. His reputation has been destroyed.

Ring 1 + Ring 2 damages: $750,000

**Ring 3 (Outer Circle - Millions of Strangers)**

As explained above, this ring numbers thousands and, likely, millions of people who did not know of Father Alexander, but now know of him only in a negative context. As explained above, for these people the only opinion they will ever form about Father Alexander was based on these false accusations. These people will only ever know him as the *"church religious leader accused of forgery"*. Calculating damages for Ring 3 is the most difficult and subjective (which again is why the category of defamation *per se* exists in the first place).

We used two models to arrive at the Ring 3 damages estimate: one based on website visitors and the other based on associated costs of impressions. In both, I took a conservative approach.

For Ring 3, I provide a dollar amount when accounting for impressions and traffic translating into exposure associated with each link. These are people who learned of Father Alexander through the false charge of being a forger. Unfortunately, they only have that definitely negative and false opinion of his reputation.

Analyzing the unique monthly visitors on the website:

The analysis is limited to the set of 7 online news websites, 3 legal case databases, 4 religious news platforms, 1 social media platform, and 6 additional information sources.

By utilizing SEMrush data, I determined that a significant number of visitors engaged with the content across platforms, including posting about the case. I conservatively assumed that only a small fraction, specifically 0.1%, of these total visitors were exposed to these posts. (Reference: Appendix D).

Traffic Countries: USA & Russia

Total Number of Visitors: 866,086,742 (reference: Appendix D)

Small fraction (0.1%) of the total visitors: 866,086

Dollar Value per visitor: $1-10

Adhering to a conservative approach, I used a .1% exposure, and a modest $5 value per person affected by the harmful narrative.

**Ring 3 damages via monthly visitors: $4,330,433**

Impressions Model

The Impressions Model section details the parameters chosen given the data analyzed in the case. In order to estimate the number of impressions generated by the harmful content, I reviewed and analyzed content from 7 online news websites, 3 legal case databases, 4 religious news platforms, 5 social media platforms, 11 social media posts and 6 additional information sources. (See Appendix D)

Web Impressions

To estimate the number of web impressions, I accessed data from Semrush, a company that provides website traffic statistics. Semrush reports unique monthly visitors, and I transformed this measure to daily visitors by dividing unique monthly visitors by 30. Further, to account for people who visit the site but do not perform any other action. I multiplied daily visitors by 1 minus the bounce rate. A table showing the online articles considered and the impressions estimate is included in Appendix D.

$$\text{Web Impressions} = (\text{Unique Monthly Visitors}/30*(1\text{-bounce rate})$$

*E1 - Equation 1*

Taking a conservative approach, I am not including Social Media impressions or traditional TV source exposure.

Total Number of impressions: 2,922,057,385

We are considering CPI (Cost per Impression) $0.001 & $0.002 (which is equivalent to $1 & $2 respectively per 1,000 impressions, also known as CPM).

Scenario 1: CPI = $0.001

Dollar Value=2,922,057,385×0.001=$2,922,057

Scenario 2: CPI = $0.002

Dollar Value=2,922,057,385×0.002=$5,844,114

Taking a conservative approach, I used the two lowest CPM figures in 1 and 2. Please note that I often use a low end range of 1 and a higher end range of 5 or 10. I have averaged the two lowest options to calculate the Dollar value for the impressions.

Dollar Value (Average) = 2,922,057,385×0.0015=$4,383,086

**Ring 3 damages via impressions model: $4,383,086**

The three rings of harm for the last category of loss of reputation consist of the following

Ring 1: Inner Ring of family and close friends.  The ring is small (generally < 50 people), the harm is large for each person, but it is the most mitigatable harm since the defamed victim has the opportunity to interact with those in the ring, explain, and repair the harm directly.

Ring 2: Middle Ring of acquaintances, neighbors, former schoolmates, and co-workers.  The ring can be moderate to large depending on the victim's social structure, work network, and status (generally > 50 and < 1000).  The harm in this ring is large for each person, and it is difficult to mitigate since those in the ring often thereafter avoid the victim.  This ring causes the most devastation and harm as it comprises the person's daily *"network,"* yet hard to repair.

Ring 3: Outer Ring of mostly strangers.  This ring is large, potentially unlimited, depending on the spread of the defamation (generally > 500 but unlimited).  Here the harm is generally less for each person in the ring compared to the first two.

A construct, like this, adds detail and precision for calculating loss of one's reputation.  It refines that loss of reputation is not one undifferentiated mass of damage, but rather naturally consists of sub-components (or rings) that make up the whole.  Its value is in outlining and breaking down the nuance and variation that goes into the loss of one's reputation because, again, having one's close family and friends question their character after a lifetime of good deeds surely rings different than losing one's reputation in the eye of a stranger.

Adding the three reputational rings together, I conservatively calculate and estimate that damages for this category total no less than $750,000 (Ring 1 + 2) + $4,330,433.71(Ring 3) = $5,205,433.71.

## REHABILITATION (ORM CAMPAIGN) REQUIREMENTS

Recovery from reputational damages involves proactive measures. Implementing an effective online reputation management strategy, which includes monitoring online platforms for any further propagation of the defamatory statements, is critical in rebuilding a positive image. Furthermore, the entire process usually takes a considerable amount of time and effort which should also be considered as factors for determining the damages.

The nature of this case necessitates a careful analysis in assessing restoration damages. Substantial investment of time and resources are required to rehabilitate Father Alexander's reputation and mitigate the negative public image that has developed against him so that he can return to a more normal life and continue the impactful work he aims to do through his leadership at the church.

Father Alexander has not engaged Blue Ocean Global Technology to conduct an ORM campaign. There are certainly other companies who do similar work. I describe the process below in first person merely to explain how it would work if we were engaged so as to calculate rehabilitative damages.

As detailed above, a rehabilitation campaign in Father Alexander's case would be based on the following timeline and resources. A rehabilitation campaign would likely cost and consist of the following components:

- Initial target keywords: 8 each in English and Russian
- Target search engines: Google, Bing, and Yahoo
- Total negative links: 43
- Number of pages to target on Google: Top 10 pages
- Creating positive digital assets: 500+
- Estimated timeline: 18 - 24 Months
- Advanced campaign: $26,500/month for 18 - 24 months = $477,000 - $636,000

Additional considerations for the campaign include: Our efforts will be doubled as I tackle the challenge of producing content in two languages: English and Russian, and possibly other languages as well. Writing articles in multiple languages requires meticulous attention to detail and accuracy. Simply relying on Google Translate won't suffice due to the need for precise translations. This extensive campaign will accordingly require the allocation of $26,500 per month for it to achieve the set goal within the outlined period of time.

**Process**

An effective rehabilitation campaign requires ongoing analysis and testing. Close attention is given to a comprehensive yet fluid list of all search results that populate for a particular keyword. The first focus is on the initial group of 8 keywords.

The process is first applied to each keyword within the Google search engine. As the campaign yields results, a similar framework is implemented for the keywords on four other major search engines: Bing, Yahoo, Duckduckgo, and Searchencrypt.

Then, I would begin the image optimization process on the basis of media files provided by the client  simultaneously that will impact progress on the standard search results as well.

A web page with a higher authoritative number of backlinks features more prominently on the search results relative to similar websites without comparable interlinking strength. Throughout the campaign, I would be using link building strategies to further strengthen the new digital assets created. I would provide monthly progress reports highlighting work performed and results starting at the end of the second month. While some of my strategies are proprietary, I often include backlinks, profiles, articles, and other tangible updates.

**Content & Publication**

300+ Positive Digital Assets would  need to be created to counteract the negative sentiment against Father Alexander. New positive links are required to rank. Given the limited scope of content that Father Alexander may be comfortable with, I would likely have to engage a group of both internal writers and external PR professionals. Initial information for content creation, biographical information, topics, and sources would be identified and collected.

Building and maintaining high authority profiles that can rank on specific Search Engine Results Pages (SERPS) is a core procedural element.

A plan for promotion and demotion of existing content within each keyword is required.

Given the nature of Father Alexander's professional obligations including working in confidence, posting new social media content is a particularly sensitive issue. Yet, as most of the defamation took place through the social platforms and articles across the search engine which are high authority links and rank well, counter social media campaigns would be required to suppress them. I would strategically leverage social media, which is usually a pillar of my campaigns. It will require a thorough understanding of Father Alexander's image as a public figure to authentically translate his offline integrity to his digital image.

Considering all the factors involved and the need for restoration and strengthening of Father Alexander's online presence to protect against the defamatory narrative, the estimated costs for an advanced rehabilitation campaign, inclusive of SEO and approved written, photo, video and public relations content by Father Alexander:

Advanced campaign: $26,500/month for 18 - 24 months = [Range $477,000 - $636,000]

***Please note that I have not been engaged for any rehabilitation campaign, nor is my intent through this report to be engaged for any rehabilitation campaign. Strictly from an expert***

*analysis standpoint, I reviewed the case at hand as if I were approached in order to understand and opine on actual damages for rehabilitation.*

## APPENDICES

-------------------------------------------------------------------------------------------------------------------------------

Appendix A: Expert Witness Qualifications & Background

Appendix B: Documents Reviewed

Appendix C: Sample Campaign Websites

Appendix D: Inventory Of Search Engine Links Analysis

Appendix E: Links & Social Media Analysis