

**RIVKIN LAW GROUP**

48 Wall Street, Suite 1100 • New York, New York 10005 • +1 212.231.9776 • www.rivkinlawgroup.com

Oleg Rivkin
t. 212.231.9776
m. 201.362.4100

October 14, 2024

*VIA ECF*
Hon. Arun Subramanian
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    *Re:*   **Belya v. Hilarion, et al.**
          Case No.: 20-cv-6597-SDNY (AS)

Dear Judge Subramanian,

    I am counsel for the Plaintiff, Alexander Belya, in this case. On Friday, October 11, 2024, I served by email on Defendants' counsel our oppositions to the two *Daubert* motions filed by Defendants. Due to a pdf conversion issue, we were not able to file the oppositions by ECF at the same time. We have resolved the conversion issue and are now able to file the oppositions, which we have done today, and which the opposing counsel had received on the date they were due. Attached is my email to counsel accompanying the transmission of the oppositions and his response.

          Respectfully,

          */s/ Oleg Rivkin*
          Oleg Rivkin

cc: Counsel of record