Subject: Re: Responses to Daubert motions
Date: Friday, October 11, 2024 at 5:31:36 PM Eastern Daylight Time
From: Donald Feerick
To: Oleg Rivkin
CC: Daniel Blomberg, Alak Shah

No worries. Enjoy the holiday.
Sent from my iPhone

> On Oct 11, 2024, at 3:53 PM, Oleg Rivkin <or@rivkinlawgroup.com> wrote:
>
> Donald, Daniel,
>
> Attached are our oppositions to your two Daubert motions. I am having difficulty filing them by ECF. I think the problems is that my Adobe is not working so I am using regular PDF format to convert, and the court's new ECF protocols won't let it through. It used to not be a problem, but I think they have changed the protocols.
>
> I will work this out over the weekend and file Sunday or Monday (tomorrow is Yom Kippur). I will explain to the court the delay in the filing, but I want to make sure you have everything on time.
>
> Please note that Exbibit A to the Somal opposition is Schedule A to his report, which you have.
>
> Regards,
>
> **Oleg Rivkin**
> **Rivkin Law Group pllc**
> 48 Wall Street, Suite 1100
> New York, New York 10005
> 212 231 9776 (Direct)
> 201 362 4100 (Mobile)
> or@rivkinlawgroup.com
> www.rivkinlawgroup.com
>
> This message contains confidential information, intended only for the person(s) named above, which may also be privileged. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and kindly notify the sender via reply e-mail.
>
> <Opp to motiont re Heisman report.pdf>
> <Opp to Motion re Somal Report.pdf>