UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER BELYA,<br><br>                    Plaintiff,<br><br>      -against-<br><br>HILARION KAPRAL et al.,<br><br>                    Defendants. | 20-cv-6597 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    By **January 30, 2025**, the parties shall meet and confer and submit a joint letter to the Court proposing three dates in February for the Court to hold a hearing on the pending motions in this case.

    SO ORDERED.

Dated: January 24, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge