**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
ALEXANDER BELYA,

                              Plaintiff,

-against-                                  20 **CIVIL** 6597 (AS)

                                                                 **JUDGMENT**

HILARION KAPRAL a/k/a METROPOLITAN
HILARION, NICHOLAS OLKHOVSKIY, VICTOR
POTAPOV, SERGE LUKIANOV, DAVID
STRAUT, ALEXANDRE ANTCHOUTINE,
GEORGE TEMIDIS, SERAFIM GAN, PAVEL
LOUKIANOFF, BORIS DMITRIEFF, MARK
MANCUSO, EASTERN AMERICAN DIOCESE OF
THE RUSSIAN ORTHODOX CHURCH OUTSIDE
OF RUSSIA, and THE SYNOD OF BISHOPS OF
THE RUSSIAN ORTHODOX CHURCH OUTSIDE
OF RUSSIA

                              Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated March 31, 2025, defendants' motion for summary judgment is GRANTED. Defendants' motions to preclude plaintiffs' expert witnesses are DENIED as moot. Accordingly, the case is closed.

**Dated:**  New York, New York

      March 31, 2025

                                                      **TAMMI M HELLWIG**

                                                        **Clerk of Court**

                     **BY:**

                                                        **Deputy Clerk**